**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Monument Brewing LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Four Stacks Brewing Company** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **35-2519192** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5469 US HWY 41 N**<br>**Apollo Beach, FL 33572**<br>Number, Street, City, State & ZIP Code | **c/o Nathan Hangen**<br>**235 Apollo Beach #245**<br>**Apollo Beach, FL 33572**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Monument Brewing LLC**                                          Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    **Monument Brewing LLC**                                    Case number (*if known*) _____
          Name

---

**11.** **Why is the case filed in**     *Check all that apply:*
    ***this district?***

    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
       preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**     ☐ No
    **have possession of any**     ■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**           **Why does the property need immediate attention?** (*Check all that apply.*)

                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                         What is the hazard? _____

                      ☐ It needs to be physically secured or protected from the weather.

                      ■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                      ☐ Other _____

                      **Where is the property?**   **5469 US HWY 41 N**
                                                   **Apollo Beach, FL, 33572-0000**
                                                   Number, Street, City, State & ZIP Code

                      **Is the property insured?**

                      ■ No

                      ☐ Yes.   Insurance agency    _____
                               Contact name        _____
                               Phone               _____

---

■   **Statistical and administrative information**

---

**13.** **Debtor's estimation of**     .   *Check one:*
    **available funds**

       ■ Funds will be available for distribution to unsecured creditors.

       ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**   ■ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
    **creditors**             ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                             ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                             ☐ 200-999

---

**15.** **Estimated Assets**     ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                             ■ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.** **Estimated liabilities**   ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                             ■ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **Monument Brewing LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 13, 2019**
                          MM / DD / YYYY

**X** **/s/ Nathan Hangen**                                            **Nathan Hangen**
      Signature of authorized representative of debtor               Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Samantha L. Dammer, Esq.**                    Date    **November 13, 2019**
      Signature of attorney for debtor                                          MM / DD / YYYY

**Samantha L. Dammer, Esq. 0036953**
Printed name

**Tampa Law Advocates, P.A. A Private Law Firm**
Firm name

**620 E.Twiggs Street, Suite 110**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 288-0303**          Email address   **sdammer@attysam.com**

**0036953 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Monument Brewing LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2019**        X **/s/ Nathan Hangen**
                                            Signature of individual signing on behalf of debtor

                                            **Nathan Hangen**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Monument Brewing LLC**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **511 Sponsorship Florida P.O. Box 51602 Buford, GA 30518** | | advertising | | | | $1,500.00 |
| **ADP P.O. Box 12513 El Paso, TX 79912** | | services | Disputed | | | $1,134.00 |
| **Advanced Power Systems 16642 N. Dale Mabry Hwy Tampa, FL 33618** | | services | | | | $1,939.00 |
| **American Coradius Internatio 35A Rust Lane Boerne, TX 78006** | | Paypal loan | | | | $7,268.00 |
| **BSG 800 First Avenue West Shakopee, MN 55379** | | supplier | | | | $9,861.35 |
| **Centra P.O. Box 2149 Gig Harbor, WA 98335** | | lease | | $4,057.62 | $0.00 | $4,057.62 |
| **Country Malt Group P.O. Box 51602 Los Angeles, CA 90051** | | supplier | | | | $2,272.92 |
| **Crooked Monkey 1342 Florida Ave. NW Washington, DC 20009** | | supplier | | | | $796.50 |
| **Direct TV P.O. Box 105249 Atlanta, GA 30348** | | services | | | | $3,183.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Monument Brewing LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Division of Alcohol Beverage 1313 Tampa Street Suite 914 Tampa, FL 33602** | | | | | | **$1,529.00** |
| **Florida Dept. of Revenue 5483 Waters Ave. Suite 1210 Tampa, FL 33634** | | sales tax | | | | **$19,985.00** |
| **Founders Fund 235 Apollo Beach #245 Gibsonton, FL 33534** | | insider investment group | | | | **$41,500.00** |
| **Hillsborough County Tax Cole 601 East Kennedy Blvd. Tampa, FL 33602** | | occupational tax | | | | **$955.53** |
| **HuCO2 P.O. Box 9011 Stuart, FL 34995** | | equipment | | | | **$1,878.00** |
| **Hunter Business Law 119 S. Dakota Ave. Tampa, FL 33606** | | legal services | | | | **$1,721.00** |
| **Italano Insurance P.O. Box 18425 Tampa, FL 33679** | | insurance | | | | **$5,411.00** |
| **Kabbage 925B Peachtree Street NE Suite 1688 Atlanta, GA 30309** | | loan | | | | **$9,752.00** |
| **Lanese & Associates 823 Cypress Village Blvd. Sun City Center, FL 33573** | | services | | | | **$2,600.00** |
| **Nathan Hangen 235 Apollo Beach Blvd. #245 Apollo Beach, FL 33572** | | loan for business | | | | **$43,000.00** |
| **Perez Refrigeration 5304 Edina St Wimauma, FL 33598** | | services | | | | **$1,505.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Monument Brewing LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $                **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $       **87,550.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $       **87,550.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **24,916.84**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $       **20,940.53**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **141,733.88**

4.  Total liabilities ..................................................................................................................
Lines 2 + 3a + 3b    $      **187,591.25**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Monument Brewing LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number *(if known)*

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$750.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **BMO Harris checking account** | **business checking** | | **$7,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$7,750.00**

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1.   **TECO electric deposit** | **$1,200.00** |
|---|---|
| 7.2.   **security deposit for HSW location** | **$3,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Monument Brewing LLC**
Name            Case number *(If known)*

| 7.3. | security deposit for location 2 Strathmore | $7,000.00 |
|---|---|---|

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**        $11,200.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** kegged beer at both locations | | $10,000.00 | Comparable sale | $10,000.00 |
| misc. other goods at both locations | | $3,000.00 | Comparable sale | $3,000.00 |

**23.**    **Total of Part 5.**        $13,000.00
Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value       Valuation method       Current Value

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Monument Brewing LLC**_____    Case number *(If known)* _____
    Name

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> basic office furniture | $2,000.00 | Comparable sale | $2,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $2,000.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Monument Brewing LLC**                                    Case number *(If known)* _____
          Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    coolers and other brewery equipment          $50,000.00    Comparable sale          $50,000.00

51. **Total of Part 8.**                                                              $50,000.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** 2COP for each location | $600.00 | Recent cost | $600.00 |
| CMB license | $3,000.00 | Replacement | $3,000.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                             $3,600.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Monument Brewing LLC**                                    Case number *(If known)* _____
            Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor     **Monument Brewing LLC**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,750.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,600.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $87,550.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $87,550.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Monument Brewing LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1    Centra** | Describe debtor's property that is subject to a lien: **lease** | **$4,057.62** | **$0.00** |
|---|---|---|---|
| Creditor's Name | | | |
| **P.O. Box 2149**<br>**Gig Harbor, WA 98335** | Describe the lien | | |
| Creditor's mailing address | Is the creditor an insider or related party? | | |
| | ■ No | | |
| | ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **2.2    Direct Capital** | Describe debtor's property that is subject to a lien: **computers** | **$9,157.72** | **Unknown** |
|---|---|---|---|
| Creditor's Name | | | |
| **155 Commerce Way**<br>**Portsmouth, NH 03801** | Describe the lien | | |
| Creditor's mailing address | **lease** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **January 2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Monument Brewing LLC**                                    Case number (if know) _____
          Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Financial Pacific** | Describe debtor's property that is subject to a lien | $5,000.00 | Unknown |

Creditor's Name

**3455 S. 344th Way**
**Suite 300**
**Auburn, WA 98001**
Creditor's mailing address

Describe the lien
**equipment**

Is the creditor an insider or related party?

�making No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

�making No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Keg Connect** | Describe debtor's property that is subject to a lien | $1,500.00 | Unknown |

Creditor's Name

**P.O. Box 3892**
**Seattle, WA 98124**
Creditor's mailing address

Describe the lien
**keg equipment**

Is the creditor an insider or related party?

�making No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

�making No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Keg Logistics** | Describe debtor's property that is subject to a lien | $527.50 | Unknown |

Creditor's Name

**9110 Nicholas Ave**
**Suite 105**
**Englewood, CO 80112**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor   **Monument Brewing LLC**                              Case number (if known) _____
     Name

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Marlin Leasing** | Describe debtor's property that is subject to a lien | $1,174.00 | Unknown |

Creditor's Name

**P.O. Box 13604**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Pawnee Leasing** | Describe debtor's property that is subject to a lien | $3,500.00 | Unknown |

Creditor's Name

**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

Creditor's mailing address

**Describe the lien**

**equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $24,916.84

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Monument Brewing LLC** | Case number (if know) | |
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Monument Brewing LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,985.00 | $19,985.00 |
|---|---|---|---|---|
| | **Florida Dept. of Revenue** | *Check all that apply.* | | |
| | **5483 Waters Ave. Suite 1210** | ☐ Contingent | | |
| | **Tampa, FL 33634** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **sales tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.53 | $955.53 |
|---|---|---|---|---|
| | **Hillsborough County Tax Cole** | *Check all that apply.* | | |
| | **601 East Kennedy Blvd.** | ☐ Contingent | | |
| | **Tampa, FL 33602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **occupational tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

        **Amount of claim**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    37703                    Best Case Bankruptcy

Debtor    **Monument Brewing LLC**                                    Case number *(if known)* _____
_____
Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**511 Sponsorship Florida**
**P.O. Box 51602**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __advertising__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.00** |
|---|---|---|---|

**ADP**
**P.O. Box 12513**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __services__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,939.00** |
|---|---|---|---|

**Advanced Power Systems**
**16642 N. Dale Mabry Hwy**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __services__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00** |
|---|---|---|---|

**Alley Cat Pest  Control**
**1601 US-41 #106**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __services__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,268.00** |
|---|---|---|---|

**American Coradius Internatio**
**35A Rust Lane**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Sept. 2015__

**Basis for the claim:** __Paypal loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brown & Joseph**
**P.O. Box 505**
**Linden, MI 48451**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __insurance__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,861.35** |
|---|---|---|---|

**BSG**
**800 First Avenue West**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __supplier__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Monument Brewing LLC**                                    Case number *(if known)* _____
                Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christpherson Brew Law**
6638 W. Ottawa Ave.
Suite 220-3
Littleton, CO 80128

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,272.92** |

**Country Malt Group**
P.O. Box 51602
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$796.50** |

**Crooked Monkey**
1342 Florida Ave. NW
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,183.00** |

**Direct TV**
P.O. Box 105249
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,529.00** |

**Division of Alcohol Beverage**
1313 Tampa Street
Suite 914
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$601.80** |

**Employers Insurance**
500 N. Brand Blvd.
Suite 700
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.74** |

**Fastsigns**
3901 Kennedy Blvd.
Tampa, FL 33609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **signs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Monument Brewing LLC**                                         Case number *(if known)* _____
_____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**Florida Sign Company**
**1101 29th Ave. W**
**Bradenton, FL 34205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **signs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,500.00** |
|---|---|---|---|

**Founders Fund**
**235 Apollo Beach #245**
**Gibsonton, FL 33534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **insider investment group**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Frontier Communications**
**P.O. Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.34** |
|---|---|---|---|

**Gigi Yeast**
**2526 Qume Drive**
**Suite 21**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Guardian Protection**
**174 Thorn Hill Road**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,878.00** |
|---|---|---|---|

**HuCO2**
**P.O. Box 9011**
**Stuart, FL 34995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,721.00** |
|---|---|---|---|

**Hunter Business Law**
**119 S. Dakota Ave.**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Monument Brewing LLC**
_____     Case number *(if known)* _____
           Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IAT Speciality**
P.O. Box 59838
Schaumburg, IL 60159

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Insurance Finance Specialist**
P.O. Box 18241
Tampa, FL 33679

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,411.00** |
|---|---|---|---|

**Italano Insurance**
P.O. Box 18425
Tampa, FL 33679

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,752.00** |
|---|---|---|---|

**Kabbage**
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Kurt Vragel**
1701 E. Lake Ave.
Suite 170
Glenview, IL 60025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Lanese & Associates**
823 Cypress Village Blvd.
Sun City Center, FL 33573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,000.00** |
|---|---|---|---|

**Nathan Hangen**
235 Apollo Beach Blvd. #245
Apollo Beach, FL 33572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan for business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Monument Brewing LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,505.00 |
|---|---|---|---|

**Perez Refrigeration**
**5304 Edina St**
**Wimauma, FL 33598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Solar Designs**
**103 College Ave W**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Steve Henry Design**
**1315 W. Busch Blvd.**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.23 |
|---|---|---|---|

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lyon Collection Services**<br>**7924 West Sahara Avenue**<br>**Las Vegas, NV 89117** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 20,940.53 |
| **5b. Total claims from Part 2** | 5b. + | $ | 141,733.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 162,674.41 |

**Fill in this information to identify the case:**

Debtor name   **Monument Brewing LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest   **equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Centra**<br>**P.O. Box 2149**<br>**Gig Harbor, WA 98335** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest   **equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Financial Pacific**<br>**3455 S. 344th Way**<br>**Suite 300**<br>**Auburn, WA 98001** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest   **commercial lease for 5469 US Hwy. 41 N, Apollo Beach**<br><br>State the term remaining   **3 years**<br><br>List the contract number of any government contract | **H.S.W Associates Inc.**<br>**3750 Gunn Hwy. #308**<br>**Tampa, FL 33618** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Keg Connect**<br>**P.O. Box 3892**<br>**Seattle, WA 98124** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Monument Brewing LLC**

  First Name          Middle Name          Last Name                    Case number *(if known)*

<table>
<tr><td colspan="2" style="background:purple;"> </td></tr>
</table>

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Keg Logistics**
**9110 Nicholas Ave**
**Suite 105**
**Englewood, CO 80112**

---

2.6.  State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Marlin Leasing**
**P.O. Box 13604**
**Philadelphia, PA 19101**

---

2.7.  State what the contract or lease is for and the nature of the debtor's interest

  **commerical lease for Riverview location**

  State the term remaining  **4 years**

  List the contract number of any government contract

**Nisa Riverview, LLC**
**c/o Richard Toledo**
**999 Brickel Ave. 1101**
**Miami, FL 33131**

---

2.8.  State what the contract or lease is for and the nature of the debtor's interest

  **equipment**

  State the term remaining

  List the contract number of any government contract

**Pawnee Leasing**
**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Monument Brewing LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Nathan Hangen** | | **Kabbage** | ☐ D _____<br>■ E/F  **3.25**<br>☐ G _____ |
| 2.2  **Nathan Hangen** | **235 Apollo Beach Blvd. 3245**<br>**Apollo Beach, FL 33572**<br>**personal guarantee** | **H.S.W Associates Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.3** |
| 2.3  **Nathan Hangen** | **personal guarantee** | **Nisa Riverview, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.7** |

**Fill in this information to identify the case:**

Debtor name    **Monument Brewing LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $399,000.00 |
| **For prior year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | $535,500.00 |
| **For year before that:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | $543,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Monument Brewing LLC | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case | |
|---|---|---|---|---|---|
| 7.1. | HSW Associates, Inc. v. Monument Brewing LLC 19-CC-57465 | commerical eviction | Hillsborough County | ■ Pending ☐ On appeal ☐ Concluded | |
| 7.2. | Forward Financing v. Monument Brewing LLC 01-19-0003-4001 | arbitration | American Arbitration Association | ■ Pending ☐ On appeal ☐ Concluded | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Monument Brewing LLC** | Case number *(if known)* |
|---|---|---|

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Tampa Law Advocates, P.A. A Private Law**<br>**620 E.Twiggs Street, Suite 110**<br>**Tampa, FL 33602** | **Attorney Fees** | **10-18-19** | **$4,000.00** |
| Email or website address<br>**sdammer@attysam.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2.   **Tampa Law Advocates, P.A. A Private Law**<br>**620 E.Twiggs Street, Suite 110**<br>**Tampa, FL 33602** | **Attorney Fees** | | **$4,000.00** |
| Email or website address<br>**sdammer@attysam.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.3.   **Tampa Law Advocates, P.A. A Private Law**<br>**620 E.Twiggs Street, Suite 110**<br>**Tampa, FL 33602** | **advanced court filing fee** | | **$1,717.00** |
| Email or website address<br>**sdammer@attysam.com** | | | |
| Who made the payment, if not debtor? | | | |

Debtor    **Monument Brewing LLC**                                              Case number *(if known)*

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Monument Brewing LLC**                                           Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Monument Brewing LLC**                               Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Lanese & Associates**<br>**823 Cypress Village Blvd.**<br>**Sun City Center, FL 33573** | **Oct. 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor   **Monument Brewing LLC**                                           Case number *(if known)*

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nathan Hangen | 235 Apollo Beach Blvd. #245 Apollo Beach, FL 33572 | Member | 90 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Virtuous Giant LLC | 235 Apollo Beach Blvd. #245 Apollo Beach, FL 33572 | member. This was a multi-member LLC but in 2018 Nathan Hangen bought out the rest of the members and he is now the sole owner and member | unknown |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Frey | 7101 Feather Wood Drive Sun City Center, FL 33573 | key employee | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Founders Fund | 235 Apollo Beach #245 Gibsonton, FL 33534 | group of investors who do not actually have equity but they have invested expecting equity at some time | TBD |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor **Monument Brewing LLC**                    Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 13, 2019**

**/s/ Nathan Hangen**                                    **Nathan Hangen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **Monument Brewing LLC**
_____
Debtor(s)

Case No. _____
Chapter    **11**    _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Frey**<br>**7101 Feather Wood Drive**<br>**Sun City Center, FL 33573** | **common** | **10%** | **key employee given equity** |
| **Nathan Hangen**<br>**235 Apollo Beach Blvd. #245**<br>**Apollo Beach, FL 33572** | **common** | **90%** | **membership** |
| **Virtuous Giant LLC**<br>**235 Apollo Beach #245**<br>**Apollo Beach, FL 33572** | **common** | **none** | **membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 13, 2019**
_____

Signature    **/s/ Nathan Hangen**
_____
**Nathan Hangen**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re __Monument Brewing LLC__        Case No. _____

                                           Debtor(s)        Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __November 13, 2019__         __/s/ Nathan Hangen_____

                                                __Nathan Hangen__/Manager
                                                Signer/Title

Monument Brewing LLC
c/o Nathan Hangen
235 Apollo Beach #245
Apollo Beach, FL 33572

Centra
P.O. Box 2149
Gig Harbor, WA 98335

Financial Pacific
3455 S. 344th Way
Suite 300
Auburn, WA 98001

Samantha L. Dammer, Esq.
Tampa Law Advocates, P.A. A Private Law Firm
620 E.Twiggs Street, Suite 110
Tampa, FL 33602

Christpherson Brew Law
6538 W. Ottawa Ave.
Suite 220-3
Littleton, CO 80128

Florida Dept. of Revenue
5483 Waters Ave. Suite 1210
Tampa, FL 33634

511 Sponsorship Florida
P.O. Box 51602
Buford, GA 30518

Country Malt Group
P.O. Box 51602
Los Angeles, CA 90051

Florida Sign Company
1101 29th Ave. W
Bradenton, FL 34205

ADP
P.O. Box 12513
El Paso, TX 79912

Crooked Monkey
1342 Florida Ave. NW
Washington, DC 20009

Founders Fund
235 Apollo Beach #245
Gibsonton, FL 33534

Advanced Power Systems
16642 N. Dale Mabry Hwy
Tampa, FL 33618

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274

Alley Cat Pest  Control
1601 US-41 #106
Ruskin, FL 33570

Direct TV
P.O. Box 105249
Atlanta, GA 30348

Gigi Yeast
2526 Qume Drive
Suite 21
San Jose, CA 95131

American Coradius Internatio
35A Rust Lane
Boerne, TX 78006

Division of Alcohol Beverage
1313 Tampa Street
Suite 914
Tampa, FL 33602

Guardian Protection
174 Thorn Hill Road
Warrendale, PA 15086

Brown & Joseph
P.O. Box 505
Linden, MI 48451

Employers Insurance
500 N. Brand Blvd.
Suite 700
Glendale, CA 91203

H.S.W Associates Inc.
3750 Gunn Hwy. #308
Tampa, FL 33618

BSG
800 First Avenue West
Shakopee, MN 55379

Fastsigns
3901 Kennedy Blvd.
Tampa, FL 33609

Hillsborough County Tax Cole
601 East Kennedy Blvd.
Tampa, FL 33602

HuCO2
P.O. Box 9011
Stuart, FL 34995

Lanese & Associates
823 Cypress Village Blvd.
Sun City Center, FL 33573

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Hunter Business Law
119 S. Dakota Ave.
Tampa, FL 33606

Lyon Collection Services
7924 West Sahara Avenue
Las Vegas, NV 89117

IAT Speciality
P.O. Box 59838
Schaumburg, IL 60159

Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101

Insurance Finance Specialist
P.O. Box 18241
Tampa, FL 33679

Nathan Hangen
235 Apollo Beach Blvd. #245
Apollo Beach, FL 33572

Italano Insurance
P.O. Box 18425
Tampa, FL 33679

Nisa Riverview, LLC
c/o Richard Toledo
999 Brickel Ave. 1101
Miami, FL 33131

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

Pawnee Leasing
3801 Automation Way
Suite 207
Fort Collins, CO 80525

Keg Connect
P.O. Box 3892
Seattle, WA 98124

Perez Refrigeration
5304 Edina St
Wimauma, FL 33598

Keg Logistics
9110 Nicholas Ave
Suite 105
Englewood, CO 80112

Solar Designs
103 College Ave W
Ruskin, FL 33570

Kurt Vragel
1701 E. Lake Ave.
Suite 170
Glenview, IL 60025

Steve Henry Design
1315 W. Busch Blvd.
Tampa, FL 33612

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Monument Brewing LLC** _____ Case No. _____

Debtor(s)                                  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ..................................................... $ _____

Prior to the filing of this statement I have received .......................................... $ _____

Balance Due ......................................................................................... $ _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................... $       **8,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____ $        **400.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. The filing fee has been advanced to me by the Debtor and/or a third party and is in addition to my compensation.**

In re     **Monument Brewing LLC**                                    Case No. _____
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **November 13, 2019** | **/s/ Samantha L. Dammer, Esq.** |
|---|---|
| *Date* | **Samantha L. Dammer, Esq. 0036953** |
| | *Signature of Attorney* |
| | **Tampa Law Advocates, P.A. A Private Law Firm** |
| | **620 E.Twiggs Street, Suite 110** |
| | **Tampa, FL 33602** |
| | **(813) 288-0303  Fax: (813) 466-7495** |
| | **sdammer@attysam.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of Florida

In re   __Monument Brewing LLC__ _____

_____ Debtor(s)

Case No. _____
Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Monument Brewing LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Virtuous Giant LLC
235 Apollo Beach #245
Apollo Beach, FL 33572

☐ None [*Check if applicable*]

__November 13, 2019__ _____
Date

/s/ Samantha L. Dammer, Esq.
_____
Samantha L. Dammer, Esq. 0036953
Signature of Attorney or Litigant
Counsel for   __Monument Brewing LLC__ _____
Tampa Law Advocates, P.A. A Private Law Firm
620 E.Twiggs Street, Suite 110
Tampa, FL 33602
(813) 288-0303 Fax:(813) 466-7495
sdammer@attysam.com