| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Monument Brewing LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 511 Sponsorship Florida P.O. Box 51602 Buford, GA 30518 | | advertising | | | | $1,500.00 |
| ADP P.O. Box 12513 El Paso, TX 79912 | | services | Disputed | | | $1,134.00 |
| Advanced Power Systems 16642 N. Dale Mabry Hwy Tampa, FL 33618 | | services | | | | $1,939.00 |
| American Coradius Internatio 35A Rust Lane Boerne, TX 78006 | | Paypal loan | | | | $7,268.00 |
| BSG 800 First Avenue West Shakopee, MN 55379 | | supplier | | | | $9,861.35 |
| Centra P.O. Box 2149 Gig Harbor, WA 98335 | | lease | | $4,057.62 | $0.00 | $4,057.62 |
| Country Malt Group P.O. Box 51602 Los Angeles, CA 90051 | | supplier | | | | $2,272.92 |
| Crooked Monkey 1342 Florida Ave. NW Washington, DC 20009 | | supplier | | | | $796.50 |
| Direct TV P.O. Box 105249 Atlanta, GA 30348 | | services | | | | $3,183.00 |

Debtor  **Monument Brewing LLC**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Division of Alcohol Beverage<br>1313 Tampa Street<br>Suite 914<br>Tampa, FL 33602 | | | | | | $1,529.00 |
| Florida Dept. of Revenue<br>5483 Waters Ave.<br>Suite 1210<br>Tampa, FL 33634 | | sales tax | | | | $19,985.00 |
| Founders Fund<br>235 Apollo Beach #245<br>Gibsonton, FL 33534 | | insider investment group | | | | $41,500.00 |
| Hillsborough County Tax Cole<br>601 East Kennedy Blvd.<br>Tampa, FL 33602 | | occupational tax | | | | $955.53 |
| HuCO2<br>P.O. Box 9011<br>Stuart, FL 34995 | | equipment | | | | $1,878.00 |
| Hunter Business Law<br>119 S. Dakota Ave.<br>Tampa, FL 33606 | | legal services | | | | $1,721.00 |
| Italano Insurance<br>P.O. Box 18425<br>Tampa, FL 33679 | | insurance | | | | $5,411.00 |
| Kabbage<br>925B Peachtree Street NE<br>Suite 1688<br>Atlanta, GA 30309 | | loan | | | | $9,752.00 |
| Lanese & Associates<br>823 Cypress Village Blvd.<br>Sun City Center, FL 33573 | | services | | | | $2,600.00 |
| Nathan Hangen<br>235 Apollo Beach Blvd. #245<br>Apollo Beach, FL 33572 | | loan for business | | | | $43,000.00 |
| Perez Refrigeration<br>5304 Edina St<br>Wimauma, FL 33598 | | services | | | | $1,505.00 |