ORDERED.

Dated: December 04, 2019

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:
MONUMENT BREWING, LLC

         Debtor.
_____/

Case No. 8:19-bk-10832-CED
Chapter 11

**ORDER APPROVING DEBTOR'S**
**APPLICATION FOR FIXING SALARY OF OFFICER**

THIS CAUSE having come on for hearing on December 2, 2019 at 1:30 p.m., on *Debtor's Application for Fixing Salary of Officer* (Doc. No. 19), and the for the reasons stated orally in open court that shall constitute the decision of the Court, it is

**ORDERED**:

1. Debtor's Application is approved retroactive to the filing date of the petition;

2. Debtor is authorized to pay salaries to Nathan Hangen in the gross amount of $1,500 and to Michael Frey in the gross amount of $1,769 on each bi-weeky pay period;

3. Said salary is not an administrative expense or priority wage claim; and

4. These insiders should not be paid the salary until all of the Debtor's outstanding

administrative and other operating expenses have been paid.

Attorney Samantha L. Dammer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of order.