U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MONUMENT BREWING LLC            Case No. 8:19-bk-10832-CED
*dba FOUR STACKS BREWING COMPANY*    Chapter 11

Debtor.
_____/

## HILLSBOROUGH COUNTY TAX COLLECTOR'S
## OBJECTION TO CONFIRMATION

Creditor, Doug Belden, Hillsborough County Tax Collector ("Tax Collector"), through his undersigned counsel, hereby files this objection to confirmation of the Debtor's Chapter 11 Plan of Reorganization (Doc. 62) and states:

The Plan fails to include the secured claims of the Tax Collector for the 2018 and 2019 tangible tax years for the Debtor's property located at 6459 N 41 Hwy, Tampa, FL 33572 (Folio T0420188237). The Tax Collector filed Proofs of Claim listing the amounts and interest rates. As these claims are not provided for, the Plan does not comply with 11 U.S.C sec. 1129(a)(9)(C) and (D).

WHEREFORE, the Tax Collector objects to the confirmation of the Debtor's Chapter 11 Plan.

 

Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
fitzgeraldb@hillsboroughcounty.org
Attorney for Doug Belden,
Hillsborough County Tax Collector

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF System to: **Samantha L Dammer, Esq.**, Tampa Law Advocates, P.A., A Private Law Firm, 620 East Twiggs Suite 110, Tampa, FL 33602; **Nicole Peair, Esq.**, Office of the U.S. Trustee, 501 E Polk Street, Suite 1200, Tampa, FL 33602, on this 23 day of March, 2020.

Brian T. FitzGerald
Senior Assistant County Attorney