ORDERED.

**Dated:  April 06, 2020**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MONUMENT BREWING, LLC

Case No.: 8:19-bk-10832-CED

Debtor.                                   Chapter 11

_____/

**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION**

THIS CASE came before the Court for consideration of *Samantha L. Dammer's First Interim Application for Compensation and Reimbursement of Expenses as Counsel for Debtor* (Doc. No. 63) (the "**Application**") filed by Samantha L. Dammer, Esq.. ("**Dammer**"), as counsel for Debtor MONUMENT BREWING, LLC Through the Application, Dammer seeks approval of compensation for services to the Debtor in the amount of $14,960 and $1,717 in expenses, for a total request of $16,677, for the period of October 18, 2019 to March 10, 2020 (the "**Application Period**").  The Application was filed and served on all interested parties utilizing the negative notice procedures set forth in L.B.R. 2002-4 and informing the parties of their opportunity to object within twenty-one (21) days of the date of service. No objection to the Application was filed in the time period specified for the filing of such objections. This Court thus deems the Application to be unopposed. The Court, having considered the Application and the record, finds that the amounts

sought in the Application represent reasonable compensation for actual and necessary services and reimbursement of actual and necessary expenses incurred by Dammer during the Application Period.

Accordingly, it is

**ORDERED**:

1.  The Application is **APPROVED**.

2.  Pursuant to Section 330 of the Bankruptcy Code, Dammer is awarded the amount of $14,960 as compensation and $1,717 as reimbursement of expenses incurred as counsel for the Debtor during the Application Period, for a total award of $16,677 which shall be allowed and paid and an administrative expense under Section 503(b) of the Bankruptcy Code and pursuant to the Debtor's confirmed plan.

3.  Dammer shall be authorized to apply any retainer it has against the fees and expenses awarded herein. Debtor is hereby authorized to pay Counsel approved fees and expenses.

Attorney Samantha L. Dammer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of order.