# First Citrus Bank

**Statement Ending 09/30/2020**

MONUMENT BREWING LLC                    Page 1 of 4
**Account Number: XXXXXXXX0901**

**10824 N. Dale Mabry Highway, Tampa, FL  33618**

RETURN SERVICE REQUESTED

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Address | 1314 Oakfield Drive<br>Brandon, FL 33511 |
| ☎ | Telephone | (813) 864-0929 |
| 💻 | Website | www.firstcitrus.com |

MONUMENT BREWING LLC
DBA FOUR STACKS BREWING
5469 N US HIGHWAY 41
APOLLO BEACH FL 33572-3505



## REFER YOUR FRIENDS AND EARN CASH!

**SHARE YOUR EXPERIENCE**

Invite your friends to First Citrus Bank **and each of you will receive a $100*** cash bonus when your friend opens a First Citrus Bank checking account.

**For more info, visit: refer.firstcitrus.com**

*Referring client must be an existing First Citrus Bank client. Your account will be credited a $100 cash bonus within 60 days from when your referred client's new checking account is opened at First Citrus Bank. Offer valid for personal or business checking account. Duration: This program may be discontinued or changed at any time without notice. Bonus Income: Bonuses are considered miscellaneous income, and may be reported to you and the IRS on form 1099-MISC (or Form 1042-S). Account Closing: If the new client's checking account is closed by the client or First Citrus Bank within six months after opening, we will deduct the bonus amount from the new client's account at closing. First Citrus Bank employee referrals cannot be in the same household.

Equal Housing Lender, Member FDIC.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS | XXXXXXXX0901 | $317.19 |

## SMALL BUSINESS-XXXXXXXX0901

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2020 | **Beginning Balance** | **$8,604.80** |
| | 0 Credit(s) This Period | $0.00 |
| | 4 Debit(s) This Period | $8,287.61 |
| 09/30/2020 | **Ending Balance** | **$317.19** |
| | Service Charges | $14.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/02/2020 | HSWASSOCIATES-BA WEB PMTS DMTZ96 | $6,183.57 |
| 09/11/2020 | POS Purchase FL BRANDON TRES AMIGOS CAN SEQ# 091091 0549 | $90.04 |
| | 2 item(s) totaling | $6,273.61 |

Equal Housing Lender, Member FDIC.                    firstcitrus.com

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT | | CHECKS OUTSTANDING | |
|---|---|---|---|
| | | NO. | AMOUNT |
| **YOUR BALANCE** SHOWN ON THIS STATEMENT | $_____ | | |
| **ADD** + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT | $_____ | | |
| **TOTAL** | $_____ | | |
| **SUBTRACT** – (IF ANY) CHECKS OUTSTANDING | $_____ | | |
| **BALANCE** | $_____ | TOTAL | |

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENTS

You must examine your statement with "reasonable promptness" which is 30 days from when this statement is first sent or made available to you.  If you find (or reasonably should have found) any unauthorized signatures, alterations, incorrect payment amounts or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts.  If you fail to do so, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith.  The loss could be not only with respect to items on this statement but other items with unauthorized signatures or alterations by the same wrongdoer.  You further agree that if you fail to report any errors as outlined above or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement and the loss will be entirely yours.  This 60-day limitation is without regard to whether we used good faith.  This limitation is in addition to that contained above.  Refer to the "Terms and Conditions" provided when you opened your account for further detail.  A copy of our current "Terms and Conditions" may be requested at any of our branches.

Call us at one of the phone numbers below or write us at the following address as soon as you can if you think your statement is wrong or if you need more information about a transaction or transfer on the statement.  Please tell us your name and account number, describe the error, transfer or transaction  (date, place/type, dollar amount of suspected error) you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.  If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.  Write us at:

**First Citrus Bank**
**Post Office Box 273811**
**Tampa, Florida 33688-3811**

Carrollwood (813) 926-2848 ● Citrus Park (813) 926-5588 ● Brandon (813) 864-0929
South Tampa (813) 287-0992 ● Kennedy (813) 422-6625

# SMALL BUSINESS-XXXXXXXX0901 (continued)

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/10/2020 | MISCELLANEOUS DEBIT | $2,000.00 |
| 09/30/2020 | SERVICE CHARGE | $14.00 |

2 item(s) totaling $2,014.00

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09/02/2020 | $2,421.23 | 09/11/2020 | $331.19 |
| 09/10/2020 | $421.23 | 09/30/2020 | $317.19 |

## Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR Maintenance Fee: | $14.00 |
| Total Service Charge | $14.00 |



**#0000　　　09/10/2020　　　$2,000.00**