Exhibit E

HSW Associates – $20,379.28

NISA Riverview LLC - $40,513.99

Two Track Malting - 1,557.58