# Four Stacks Brewing Company
## Transaction Detail by  Account
### September 2020

| | Date | Name | Split | Amount |
|---|---|---|---|---|
| **Amazon** | | | | |
| | 0 | Amazon | Office Expenses | -11.56 |
| | 0 | Amazon | Office Expenses | -0.42 |
| | 0 | Amazon | Office Expenses | -22.67 |
| | 0 | Amazon | Office Expenses | -60.80 |
| | 0 | Amazon | Office Expenses | -15.38 |
| | 0 | Amazon | Office Expenses | -59.66 |
| | 0 | Amazon | Office Expenses | -76.16 |
| | 0 | Amazon | Office Expenses | -31.98 |
| | 0 | Amazon | Office Expenses | -26.22 |
| | 0 | Amazon | Office Expenses | -24.18 |
| **Total for Amazon** | | | | **-329.03** |
| **Arte Z** | | | | |
| | 0 | Arte Z | Promotional | -200.00 |
| | 0 | Arte Z | Promotional | -200.00 |
| **Total for Arte Z** | | | | **-400.00** |
| **Buzztime** | | | | |
| | 0 | Buzztime | Rent or Lease | -107.42 |
| | 0 | Buzztime | Rent or Lease | -107.42 |
| **Total for Buzztime** | | | | **-214.84** |
| **Direct TV** | | | | |
| | 0 | Direct TV | Utilities:Utilities - RV | -300.24 |
| **Total for Direct TV** | | | | **-300.24** |
| **Esque Dollar** | | | | |
| | 0 | Esque Dollar | Promotional | -100.00 |
| | 0 | Esque Dollar | Promotional | -150.00 |
| **Total for Esque Dollar** | | | | **-250.00** |
| **Frontier** | | | | |
| | 0 | Frontier | Utilities:Utilities - RV | -522.79 |
| **Total for Frontier** | | | | **-522.79** |
| **Google** | | | | |
| | 0 | Google | Advertising | -162.22 |
| **Total for Google** | | | | **-162.22** |
| **Helget** | | | | |
| | 0 | Helget | Utilities | -111.65 |
| **Total for Helget** | | | | **-111.65** |
| **HSW & Associates** | | | | |
| | 0 | HSW & Associates | Rent or Lease | -6,183.57 |
| | 0 | HSW & Associates | Rent or Lease | -6,183.57 |
| **Total for HSW & Associates** | | | | **-12,367.14** |

**Internal Revenue Service**

| | 0 | Service | Payroll Taxes | -614.90 |
|---|---|---|---|---|
| | 0 | Service | Payroll Taxes | -767.24 |

**Total for Internal Revenue Service** | | | | **-1,382.14**

**JJ Taylor**

| | 0 | JJ Taylor | - RV | -402.00 |
|---|---|---|---|---|

**Total for JJ Taylor** | | | | **-402.00**

**Lowes**

| | 0 | Lowes | Online Bill Pay | -135.00 |
|---|---|---|---|---|

**Total for Lowes** | | | | **-135.00**

**MBFS**

| | 0 | MBFS | Rent or Lease | -562.34 |
|---|---|---|---|---|

**Total for MBFS** | | | | **-562.34**

**Michigan Hop Alliance**

| | 0 | Michigan Hop Alliance | Supplies & Materials - COGS | -134.83 |
|---|---|---|---|---|

**Total for Michigan Hop Alliance** | | | | **-134.83**

**NISA Riverview**

| | 0 | NISA Riverview | Rent or Lease:Rent or Lease - RV | -8,562.95 |
|---|---|---|---|---|

**Total for NISA Riverview** | | | | **-8,562.95**

**Pepin**

| | 0 | Pepin | - RV | -429.00 |
|---|---|---|---|---|
| | 0 | Pepin | - RV | -502.20 |
| | 0 | Pepin | Kegged & Packaged Beer | -357.00 |

**Total for Pepin** | | | | **-1,288.20**

**Publix**

| | 0 | Publix | Supplies | -16.26 |
|---|---|---|---|---|

**Total for Publix** | | | | **-16.26**

**Sam's Club**

| | 0 | Sam's Club | Online Bill Pay | -192.00 |
|---|---|---|---|---|
| | 0 | Sam's Club | Supplies | -179.10 |

**Total for Sam's Club** | | | | **-371.10**

**Southern Wine and Spirits**

| | 0 | Spirits | Kegged & Packaged Beer | -333.24 |
|---|---|---|---|---|
| | 0 | Spirits | Kegged & Packaged Beer | -227.20 |
| | 0 | Spirits | Kegged & Packaged Beer | -361.62 |
| | 0 | Spirits | - RV | -264.24 |
| | 0 | Spirits | Kegged & Packaged Beer | -360.00 |

**Total for Southern Wine and Spirits** | | | | **-1,546.30**

**Starbucks**

| | 0 | Starbucks | Meals and Entertainment | -7.49 |
|---|---|---|---|---|

**Total for Starbucks** | | | | **-7.49**

**Sticker Giant**

| | 0 | Sticker Giant | Supplies | -104.14 |
|---|---|---|---|---|

**Total for Sticker Giant** | | | | **-104.14**

**T-Mobile**

| | | | | |
|---|---|---|---|---|
| 0 | T-Mobile | Utilities | | -141.53 |
| 0 | T-Mobile | Utilities | | -141.52 |
| **Total for T-Mobile** | | | | **-283.05** |
| **TECO** | | | | |
| 0 | TECO | Utilities | | -784.00 |
| 0 | TECO | Utilities | | -320.00 |
| **Total for TECO** | | | | **-1,104.00** |
| **Untappd** | | | | |
| 0 | Untappd | Advertising | | -49.00 |
| 0 | Untappd | Advertising | | -49.99 |
| **Total for Untappd** | | | | **-98.99** |
| **White Labs** | | | | |
| 0 | White Labs | Supplies & Materials - COGS | | -204.41 |
| 0 | White Labs | Supplies & Materials - COGS | | -195.74 |
| 0 | White Labs | Supplies & Materials - COGS | | -306.61 |
| 0 | White Labs | Supplies & Materials - COGS | | -204.41 |
| **Total for White Labs** | | | | **-911.17** |
| **Not Specified** | | | | |
| 0 | Martin Noll | Supplies | | -47.17 |
| 0 | Cassie Frias | Salaries and Wages | | -45.17 |
| 0 | | Supplies & Materials - COGS | | -68.50 |
| 0 | Elizabeth Kavanagh | Salaries and Wages | | -409.81 |
| 0 | Martin Noll | Salaries and Wages | | -299.63 |
| 0 | | Supplies & Materials - COGS | | -115.55 |
| 0 | | Payroll Fees | | -54.00 |
| 0 | | Office Expenses | | -52.99 |
| 0 | | Office Expenses | | -9.99 |
| 0 | | Office Expenses | | -85.00 |
| 0 | | Office Expenses | | -29.99 |
| 0 | | Equipment | | -269.85 |
| 0 | | Meals and Entertainment | | -49.01 |
| 0 | | Janitorial | | -88.37 |
| 0 | | Toast AB | | -215.00 |
| 0 | | Toast RV | | -221.00 |
| 0 | | -Split- | | -403.50 |
| 0 | Mike Frey | Supplies | | -123.93 |
| 0 | | Office Expenses | | -14.99 |
| 0 | | Meals and Entertainment | | -18.68 |
| 0 | | Supplies | | -20.60 |
| 0 | | Office Expenses | | -40.00 |
| 0 | | Shipping and delivery expense | | -43.55 |
| 0 | Mike Frey | Supplies & Materials - COGS | | -270.16 |
| 0 | Martin Noll | Undeposited Funds | | -157.78 |
| 0 | Nathan Hangen | Salaries and Wages | | -1,500.00 |
| 0 | | Security | | -54.20 |

| | | | |
|---|---|---|---|
| 0 | | Utilities | -287.66 |
| 0 | | TD Bank | -2,000.00 |
| 0 | Elizabeth Kavanagh | Undeposited Funds | -192.64 |
| 0 | | Undeposited Funds | -400.00 |
| 0 | | TD Bank | -2,000.00 |
| 0 | Elizabeth Kavanagh | Salaries and Wages | -351.60 |
| 0 | | Meals and Entertainment | -90.04 |
| 0 | Mike Frey | Salaries and Wages | -1,466.89 |
| 0 | Nathan Hangen | Undeposited Funds | -196.55 |
| 0 | Megan Edwards | Salaries and Wages | -133.56 |
| 0 | Nathan Hangen | Undeposited Funds | -129.82 |
| 0 | | Undeposited Funds | -200.00 |
| 0 | | Shipping and delivery expense | -26.10 |
| 0 | | Travel | -20.40 |
| 0 | | Travel | -20.04 |
| 0 | | Dues & Subscriptions | -15.06 |
| 0 | | Office Expenses | -9.99 |
| 0 | | Payroll Taxes | -4.78 |
| 0 | | Meals and Entertainment | -4.54 |
| 0 | | Insurance - Liability | -773.49 |
| 0 | | Undeposited Funds | -400.00 |
| 0 | Martin Noll | Salaries and Wages | -415.38 |
| 0 | | -Split- | -403.50 |
| 0 | | Meals and Entertainment | -9.76 |
| 0 | Nathan Hangen | Supplies | -40.00 |
| 0 | Mike Frey | Supplies & Materials - COGS | -536.44 |
| 0 | | TD Bank | -48.25 |
| 0 | | Office Expenses | -11.99 |
| 0 | | Charitable Contributions | -25.00 |
| 0 | | Insurance - Liability | -539.50 |
| 0 | | Vehicle | -583.92 |
| 0 | | Office Expenses | -34.99 |
| 0 | | Supplies & Materials - COGS | -231.09 |
| 0 | | Dues & Subscriptions | -15.00 |
| 0 | | Undeposited Funds | -400.00 |
| 0 | | Janitorial | -159.47 |
| 0 | | Meals and Entertainment | -21.90 |
| 0 | | Meals and Entertainment | -46.68 |
| 0 | Nathan Hangen | Undeposited Funds | -178.50 |
| 0 | Mike Frey | Supplies & Materials - COGS | -381.36 |
| 0 | Megan Edwards | Salaries and Wages | -203.36 |
| 0 | Elizabeth Kavanagh | Salaries and Wages | -464.32 |
| 0 | Mike Frey | Salaries and Wages | -1,506.47 |
| 0 | | Payroll Taxes | -9.04 |
| 0 | | Office Expenses | -14.95 |

| 0 | | Meals and Entertainment | -3.68 |
| 0 | | Rent or Lease | -225.28 |
| 0 | | Office Expenses | -108.50 |
| 0 | | Ally Financial | -550.00 |
| 0 | | Meals and Entertainment | -51.01 |
| 0 | Nathan Hangen | Undeposited Funds | -122.94 |
| 0 | | Meals and Entertainment | -6.50 |
| 0 | Martin Noll | Salaries and Wages | -683.33 |
| 0 | Martin Noll | Undeposited Funds | -172.34 |
| 0 | | Bank Charges | -14.00 |
| 0 | | -Split- | -305.00 |
| **Total for Not Specified** | | | **12,450.31** |

Sunday, Oct 25, 2020 10:32:37 PM GMT-7 - Accrual Basis