**Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT
5469 US HWY 41 N
APOLLO BEACH FL  33572

| | |
|---|---|
| Page: | 1 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

## Chapter 11 Checking

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Account # 437-4582455

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,689.56 | Average Collected Balance | 5,598.63 |
| Deposits | 2,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 30,405.34 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 22,478.60 | Days in Period | 30 |
| Electronic Payments | 21,033.44 | | |
| Ending Balance | 1,582.86 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10 | DEPOSIT | | 2,000.00 |
| | | Subtotal: | 2,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,170.67 |
| 09/02 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 81.72 |
| 09/03 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 169.69 |
| 09/04 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 692.16 |
| 09/08 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,524.53 |
| 09/08 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,075.10 |
| 09/08 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 912.71 |
| 09/08 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 561.87 |
| 09/09 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 534.48 |
| 09/10 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 506.56 |
| 09/10 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 146.65 |
| 09/11 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 911.10 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,632.73 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,318.07 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 927.58 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 811.00 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 442.81 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 332.61 |
| 09/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 226.09 |
| 09/15 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,303.15 |
| 09/16 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 253.80 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 1,582.86 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities.  The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 3 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 109.31 |
| 09/18 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 746.21 |
| 09/18 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 257.20 |
| 09/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,408.40 |
| 09/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 1,166.82 |
| 09/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,090.60 |
| 09/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 630.61 |
| 09/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 495.91 |
| 09/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 234.40 |
| 09/21 | ACH DEPOSIT, SQUARE INC 200921P2 L****64170844 | 48.25 |
| 09/22 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,091.68 |
| 09/23 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 197.55 |
| 09/24 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 175.76 |
| 09/25 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 614.54 |
| 09/25 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 445.29 |
| 09/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,476.62 |
| 09/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,148.66 |
| 09/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 955.06 |
| 09/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 749.56 |
| 09/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 358.44 |
| 09/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 154.41 |
| 09/29 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 724.15 |
| 09/29 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 510.96 |
| 09/30 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 79.87 |
| | Subtotal: | 30,405.34 |

**Checks Paid**    No. Checks: 39    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/14 | 1393 | 129.82 | 09/01 | 1518* | 45.17 |
| 09/11 | 1394 | 429.00 | 09/01 | 1525* | 47.17 |
| 09/14 | 1395 | 196.55 | 09/01 | 1528* | 409.81 |
| 09/17 | 1396 | 264.24 | 09/01 | 1529 | 299.63 |
| 09/16 | 1397 | 100.00 | 09/03 | 1533* | 333.24 |
| 09/18 | 1398 | 502.20 | 09/08 | 1534 | 123.93 |
| 09/21 | 1399 | 40.00 | 09/09 | 1535 | 157.78 |
| 09/25 | 1400 | 178.50 | 09/09 | 1536 | 402.00 |
| 09/24 | 1401 | 150.00 | 09/09 | 1537 | 270.16 |
| 09/30 | 1402 | 172.34 | 09/10 | 1538 | 227.20 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 4 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/10 | 1539 | 192.64 | 09/28 | 1550* | 464.32 |
| 09/16 | 1540 | 415.38 | 09/30 | 1551 | 683.33 |
| 09/14 | 1541 | 133.56 | 09/28 | 1552 | 203.36 |
| 09/11 | 1542 | 351.60 | 09/28 | 1553 | 1,506.47 |
| 09/11 | 1543 | 1,466.89 | 09/28 | 1554 | 200.00 |
| 09/14 | 1544 | 200.00 | 09/30 | 1555 | 360.00 |
| 09/17 | 1545 | 361.62 | 09/09 | 1624* | 8,562.95 |
| 09/25 | 1546 | 357.00 | 09/09 | 1625 | 1,500.00 |
| 09/21 | 1547 | 536.44 | 09/29 | 1626 | 122.94 |
| 09/28 | 1548 | 381.36 | | | |
| | | | | Subtotal: | 22,478.60 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02598004 | 784.00 |
| 09/01 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02308494 | 320.00 |
| 09/01 | DEBIT CARD PURCHASE, *****04024610192, AUT 083120 VISA DDA PUR<br>BLT BEANILLA COM        888 2613384   * MI | 68.50 |
| 09/01 | DEBIT CARD PAYMENT, *****04024610192, AUT 083120 VISA DDA PUR<br>UNTAPPD  INC         BUSINESS UNTA * NC | 49.99 |
| 09/01 | DEBIT CARD PURCHASE, *****04024610192, AUT 083120 VISA DDA PUR<br>UNTAPPD  INC         BUSINESS UNTA * NC | 49.00 |
| 09/02 | DEBIT CARD PURCHASE, *****04024610192, AUT 090120 VISA DDA PUR<br>CROWLER          303 827 3300  * CO | 115.55 |
| 09/02 | ELECTRONIC PMT-WEB, SQUARE INC SQ-PAIDSVC T****76886408 | 54.00 |
| 09/02 | DEBIT CARD PAYMENT, *****04024610192, AUT 083120 VISA DDA PUR<br>ADOBE CREATIVE CLOUD     408 536 6000  * CA | 52.99 |
| 09/02 | DEBIT CARD PAYMENT, *****04024610192, AUT 090120 VISA DDA PUR<br>MICROSOFT MICROSOFT 365    MSBILL INFO  * WA | 9.99 |
| 09/03 | DEBIT CARD PURCHASE, *****04024610192, AUT 090220 VISA DDA PUR<br>SP   AMERICAN CORNHOLE    HTTPSAMERICAN * OH | 269.85 |
| 09/03 | DEBIT CARD PURCHASE, *****04024610192, AUT 090220 VISA DDA PUR<br>HELGET GAS PRODUCTS INC    402 339 1063  * NE | 111.65 |
| 09/03 | DEBIT CARD PAYMENT, *****04024610192, AUT 090220 VISA DDA PUR<br>ACT TAMPA METRO YMCA     813 2249622  * FL | 85.00 |
| 09/03 | DEBIT CARD PAYMENT, *****04024610192, AUT 090120 VISA DDA PUR<br>ADOBE STOCK        408 536 6000 * CA | 29.99 |
| 09/03 | DEBIT CARD PURCHASE, *****04024610192, AUT 090220 VISA DDA PUR<br>AMAZON WEB SERVICES     AWS AMAZON CO * WA | 11.56 |
| 09/04 | DEBIT CARD PURCHASE, *****04024610192, AUT 090220 VISA DDA PUR<br>WHITELABS  INC        858 6933441  * CA | 204.41 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 5 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEBIT CARD PURCHASE, *****04024610192, AUT 090320 VISA DDA PUR<br>AMAZON WEB SERVICES      AWS AMAZON CO * WA | 0.42 |
| 09/08 | NONTD ATM DEBIT, *****04024610192, AUT 090720 DDA WITHDRAW<br>1020 N US HWY 41       RUSKIN      * FL | 403.50 |
| 09/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 090720 VISA DDA PUR<br>MICROS OF CENTRAL FL      LONGWOOD     * FL | 221.00 |
| 09/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 090720 VISA DDA PUR<br>MICROS OF CENTRAL FL      LONGWOOD     * FL | 215.00 |
| 09/08 | DEBIT CARD PURCHASE, *****04024610192, AUT 090220 VISA DDA PUR<br>THE WEBSTAURANT STORE    717 392 7472 * PA | 88.37 |
| 09/08 | DEBIT CARD PURCHASE, *****04024610192, AUT 090420 VISA DDA PUR<br>TEXAS ROADHOUSE ECO 2596   RIVERVIEW    * FL | 49.01 |
| 09/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 090520 VISA DDA PUR<br>FEDEX 525910584       MEMPHIS     * TN | 43.55 |
| 09/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 090420 VISA DDA PUR<br>INT QUICKBOOKS ONLINE    800 446 8848  * CA | 40.00 |
| 09/08 | DEBIT CARD PURCHASE, *****04024610192, AUT 090520 VISA DDA PUR<br>PUBLIX  1260       APOLLO BEACH * FL | 20.60 |
| 09/08 | DEBIT CARD PURCHASE, *****04024610192, AUT 090520 VISA DDA PUR<br>RICKYS APOLLO BEACH      APOLLO BEACH * FL | 18.68 |
| 09/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 090520 VISA DDA PUR<br>BLIZZARD ENTERTAINMENT    194 99551380 * CA | 14.99 |
| 09/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 090820 VISA DDA PUR<br>NORTHSIDE PROPANE      813 949 4286 * FL | 287.66 |
| 09/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 090820 VISA DDA PUR<br>WHITELABS  INC       858 6933441  * CA | 195.74 |
| 09/09 | ELECTRONIC PMT-WEB, GUARDIAN PRO 800PROTECT ****01229422307 | 54.20 |
| 09/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 090820 VISA DDA PUR<br>AMAZON COM MU41H18R2     AMZN COM BILL * WA | 22.67 |
| 09/10 | DEBIT CARD PURCHASE, *****04024610192, AUT 090820 VISA DDA PUR<br>CTS FRONTIER PHONE PAY    800 921 8101 * CT | 522.79 |
| 09/10 | TD ATM DEBIT, *****04024610192, AUT 091020 DDA WITHDRAW<br>6176 US HWY 41 NORTH     APOLLO BEACH * FL | 400.00 |
| 09/11 | ELECTRONIC PMT-WEB, MBFS WEB PAY ****253815001 | 562.34 |
| 09/11 | DEBIT CARD PURCHASE, *****04024610192, AUT 090920 VISA DDA PUR<br>DTV DIRECTV SERVICE     800 347 3288 * CA | 300.24 |
| 09/11 | ELECTRONIC PMT-WEB, SAMS CLUB MC SAMS EPAY ****40301 | 192.00 |
| 09/11 | ACH DEBIT, LOWES PAYMENT ****92610890019 | 135.00 |
| 09/14 | CCD DEBIT, IRS USATAXPYMT ****65874003700 | 614.90 |
| 09/14 | TD ATM DEBIT, *****04024610192, AUT 091420 DDA WITHDRAW<br>6176 US HWY 41 NORTH     APOLLO BEACH * FL | 200.00 |
| 09/14 | DEBIT CARD PAYMENT, *****04024610192, AUT 091020 VISA DDA PUR<br>FEDEX 526398328       MEMPHIS     * TN | 26.10 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 6 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | DEBIT CARD PURCHASE, *****04024610192, AUT 091220 VISA DDA PUR CIRCLE K  05045       APOLLO BEACH * FL | 20.40 |
| 09/14 | DEBIT CARD PURCHASE, *****04024610192, AUT 090920 VISA DDA PUR EXXONMOBIL  48236889     GIBSONTON    * FL | 20.04 |
| 09/14 | DEBIT CARD PURCHASE, *****04024610192, AUT 091220 VISA DDA PUR PUBLIX  1260        APOLLO BEACH * FL | 16.26 |
| 09/14 | DEBIT CARD PAYMENT, *****04024610192, AUT 091120 VISA DDA PUR SXM SIRIUSXM COM ACCT     888 635 5144 * NY | 15.06 |
| 09/14 | DEBIT CARD PAYMENT, *****04024610192, AUT 091120 VISA DDA PUR HELLO HELLOFAX         HTTPSWWW HELL * CA | 9.99 |
| 09/14 | DEBIT CARD PURCHASE, *****04024610192, AUT 091020 VISA DDA PUR STARBUCKS STORE 13829     RIVERVIEW    * FL | 7.49 |
| 09/14 | ACH DEBIT, SQUARE INC PAYR TAX T****82141394 | 4.78 |
| 09/15 | CCD DEBIT, IPFS877-513-9487 IPFSPMTGAA 990064 | 773.49 |
| 09/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 091420 VISA DDA PUR AMAZON COM MU8RU4KT0 AMZ   AMZN COM BILL * WA | 60.80 |
| 09/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 091420 VISA DDA PUR AMAZON COM M41AG3CE2     AMZN COM BILL * WA | 15.38 |
| 09/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 091420 VISA DDA PUR TACO BELL 033297       APOLLO BEACH * FL | 4.54 |
| 09/16 | TD ATM DEBIT, *****04024610192, AUT 091620 DDA WITHDRAW 6176 US HWY 41 NORTH     APOLLO BEACH * FL | 400.00 |
| 09/16 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910006585 | 225.00 |
| 09/17 | DEBIT CARD PURCHASE, *****04024610192, AUT 091520 VISA DDA PUR WHITELABS  INC        858 6933441  * CA | 306.61 |
| 09/18 | NONTD ATM DEBIT, *****04024610192, AUT 091820 DDA WITHDRAW 1020 N US HWY 41       RUSKIN     * FL | 403.50 |
| 09/18 | DEBIT CARD PURCHASE, *****04024610192, AUT 091720 VISA DDA PUR TMOBILE POSTPAID FDP     800 937 8997 * WA | 141.53 |
| 09/18 | DEBIT CARD PURCHASE, *****04024610192, AUT 091720 VISA DDA PUR AMAZON COM M48QE1JH2 AMZ   AMZN COM BILL * WA | 59.66 |
| 09/18 | DEBIT CARD PURCHASE, *****04024610192, AUT 091720 VISA DDA PUR BURGER KING  23620      APOLLO BEACH * FL | 9.76 |
| 09/21 | ELECTRONIC PMT-WEB, HSWASSOCIATES-BA WEB PMTS 822JF6 | 6,183.57 |
| 09/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 091720 VISA DDA PUR WU  3526301552       877 989 3268 * CO | 583.92 |
| 09/21 | CCD DEBIT, IPFS877-513-9487 IPFSPMTGAA A43533 | 539.50 |
| 09/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 091820 VISA DDA PUR GOOGLE ADS9995122409     INTERNET    * CA | 162.22 |
| 09/21 | ELECTRONIC PMT-WEB, COMENITY PAY CP WEB PYMT P****2407410964 | 100.00 |
| 09/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 091620 VISA DDA PUR AMAZON COM M42J95X81     AMZN COM BILL * WA | 76.16 |
| 09/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 091820 VISA DDA PUR AMZN MKTP US M49RP5OL0    AMZN COM BILL * WA | 31.98 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 7 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 091820 VISA DDA PUR AMAZON COM M42KK6AP2 AMZ   AMZN COM BILL * WA | 26.22 |
| 09/21 | DEBIT CARD PAYMENT, *****04024610192, AUT 092020 VISA DDA PUR WINRED  DONALDJTRUMP C    HTTPSWINRED C * VA | 25.00 |
| 09/21 | DEBIT CARD PAYMENT, *****04024610192, AUT 091920 VISA DDA PUR DROPBOX BJHDBWHB1LJJ     DROPBOX COM  * CA | 11.99 |
| 09/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 092120 VISA DDA PUR CROWLER       303 827 3300  * CO | 231.09 |
| 09/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 092120 VISA DDA PUR SAMS CLUB  4801      RIVERVIEW    * FL | 179.10 |
| 09/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 092120 VISA DDA PUR MAILCHIMP   MONTHLY     MAILCHIMP COM * GA | 34.99 |
| 09/23 | DEBIT CARD PURCHASE, *****04024610192, AUT 092220 VISA DDA PUR TMOBILE POSTPAID FDP    800 937 8997 * WA | 141.52 |
| 09/23 | DEBIT CARD PURCHASE, *****04024610192, AUT 092220 VISA DDA PUR NTN BUZZTIME INC      760 9303067  * CA | 107.42 |
| 09/23 | INTL DEBIT CARD PUR, *****04024610192, AUT 092320 INTL DDA PUR FASTMAIL PTY LTD      MELBOURNE   A US | 15.00 |
| 09/24 | TD ATM DEBIT, *****04024610192, AUT 092420 DDA WITHDRAW 6176 US HWY 41 NORTH     APOLLO BEACH * FL | 400.00 |
| 09/24 | DEBIT CARD PURCHASE, *****04024610192, AUT 092220 VISA DDA PUR THE WEBSTAURANT STORE     717 392 7472  * PA | 159.47 |
| 09/25 | DEBIT CARD PURCHASE, *****04024610192, AUT 092420 VISA DDA PUR TEXAS ROADHOUSE ECO 2596   RIVERVIEW    * FL | 46.68 |
| 09/25 | DEBIT CARD PURCHASE, *****04024610192, AUT 092420 VISA DDA PUR HOOTERS  8         TAMPA      * FL | 21.90 |
| 09/28 | CCD DEBIT, IRS USATAXPYMT ****67274003592 | 767.24 |
| 09/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 092520 VISA DDA PUR XPRESSXSRU941 684 1628     877 755 1166 * FL | 225.28 |
| 09/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 092420 VISA DDA PUR HARRIET S FLOWERS      813 6451525  * FL | 108.50 |
| 09/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 092520 VISA DDA PUR AUDIBLE M48FN0SE2      AMZN COM BILL * NJ | 14.95 |
| 09/28 | ACH DEBIT, SQUARE INC PAYR TAX T****88390330 | 9.04 |
| 09/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 092620 VISA DDA PUR DD BR  352159 Q35      RUSKIN     * FL | 3.68 |
| 09/29 | ELECTRONIC PMT-WEB, ALLY ALLY PAYMT ****610731/001 | 550.00 |
| 09/29 | DEBIT CARD PURCHASE, *****04024610192, AUT 092820 VISA DDA PUR TEXAS ROADHOUSE ECO 2596   RIVERVIEW    * FL | 51.01 |
| 09/30 | NONTD ATM DEBIT, *****04024610192, AUT 093020 DDA WITHDRAW BMO HARRIS BANK NA     APOLLO BEACH * FL | 305.00 |
| 09/30 | DEBIT CARD PURCHASE, *****04024610192, AUT 092820 VISA DDA PUR WHITELABS  INC        858 6933441  * CA | 204.41 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 8 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | DEBIT CARD PURCHASE, *****04024610192, AUT 092920 VISA DDA PUR SP   MICHIGAN HOP ALLI    MICHIGANHOPAL * MI | 134.83 |
| 09/30 | DEBIT CARD PURCHASE, *****04024610192, AUT 092920 VISA DDA PUR NTN BUZZTIME INC    760 9303067  * CA | 107.42 |
| 09/30 | DEBIT CARD PURCHASE, *****04024610192, AUT 092820 VISA DDA PUR STICKERGIANT COM    866 774 7900  * CO | 104.14 |
| 09/30 | DEBIT CARD PURCHASE, *****04024610192, AUT 092920 VISA DDA PUR AMAZON COM M40DF17J0 AMZ   AMZN COM BILL * WA | 24.18 |
| 09/30 | DEBIT CARD PURCHASE, *****04024610192, AUT 092920 VISA DDA PUR BURGER KING 6871    RUSKIN     * FL | 6.50 |

|  | Subtotal: | 21,033.44 |
|---|---|---|

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,689.56 | 09/16 | 5,811.69 |
| 09/01 | 11,786.96 | 09/17 | 4,988.53 |
| 09/02 | 11,636.15 | 09/18 | 4,875.29 |
| 09/03 | 10,964.55 | 09/21 | 1,633.28 |
| 09/04 | 11,451.88 | 09/22 | 2,279.78 |
| 09/08 | 14,287.46 | 09/23 | 2,213.39 |
| 09/09 | 3,368.78 | 09/24 | 1,679.68 |
| 09/10 | 4,679.36 | 09/25 | 2,135.43 |
| 09/11 | 2,153.39 | 09/28 | 3,093.98 |
| 09/14 | 6,249.33 | 09/29 | 3,605.14 |
| 09/15 | 6,698.27 | 09/30 | 1,582.86 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 9 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |



#1393  09/14  $129.82



#1394  09/11  $429.00



#1395  09/14  $196.55



#1396  09/17  $264.24



#1397  09/16  $100.00



#1398  09/18  $502.20



#1399  09/21  $40.00



#1400  09/25  $178.50



#1401  09/24  $150.00



#1402  09/30  $172.34



**America's Most Convenient Bank®**

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 10 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |



#1518        09/01        $45.17



#1525        09/01        $47.17



#1528        09/01        $409.81



#1529        09/01        $299.63



#1533        09/03        $333.24



#1534        09/08        $123.93



#1535        09/09        $157.78



#1536        09/09        $402.00



#1537        09/09        $270.16



#1538        09/10        $227.20



**Bank**
America's Most Convenient Bank®

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 11 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |



#1539          09/10          $192.64



#1540          09/16          $415.38



#1541          09/14          $133.56



#1542          09/11          $351.60



#1543          09/11          $1,466.89



#1544          09/14          $200.00



#1545          09/17          $361.62



#1546          09/25          $357.00



#1547          09/21          $536.44



#1548          09/28          $381.36



**Bank**

America's Most Convenient Bank®

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 12 of 12 |
| Statement Period: | Sep 01 2020-Sep 30 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |



#1550        09/28        $464.32



#1551        09/30        $683.33



#1552        09/28        $203.36



#1553        09/28        $1,506.47



#1554        09/28        $200.00



#1555        09/30        $360.00



#1624        09/09        $8,562.95



#1625        09/09        $1,500.00



#1626        09/29        $122.94