# Four Stacks Brewing Company

## PROFIT AND LOSS
### September 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|   Sales | |
|     PoS Receipts | |
|       Credit Card Deposits | 23,459.53 |
|       Credit Card Deposits  (Riverview) | 6,897.56 |
|     **Total PoS Receipts** | **30,357.09** |
|   **Total Sales** | **30,357.09** |
| **Total Income** | **$30,357.09** |
| **Cost of Goods Sold** | |
|   Kegged & Packaged Beer | 1,639.06 |
|     Kegged & Packaged Beer - RV | 1,597.44 |
|   **Total Kegged & Packaged Beer** | **3,236.50** |
|   Supplies & Materials - COGS | 2,649.10 |
| **Total Cost of Goods Sold** | **$5,885.60** |
| **GROSS PROFIT** | **$24,471.49** |
| **Expenses** | |
|   Advertising | 261.21 |
|   Bank Charges | 26.00 |
|   Charitable Contributions | 25.00 |
|   Dues & Subscriptions | 30.06 |
|   Equipment | 269.85 |
|   Insurance - Liability | 1,312.99 |
|   Janitorial | 247.84 |
|   Meals and Entertainment | 309.29 |
|   Office Expenses | 742.41 |
|   Payroll Fees | 54.00 |
|   Payroll Taxes | 1,395.96 |
|   Promotional | 650.00 |
|   Rent or Lease | 13,369.60 |
|     Rent or Lease - RV | 8,562.95 |
|   **Total Rent or Lease** | **21,932.55** |
|   Salaries and Wages | 7,479.52 |
|   Security | 54.20 |
|   Shipping and delivery expense | 69.65 |
|   Supplies | 531.20 |
|   Toast AB | 215.00 |
|   Toast RV | 221.00 |
|   Travel | 40.44 |
|   Utilities | 1,786.36 |
|     Utilities - RV | 823.03 |
|   **Total Utilities** | **2,609.39** |
| **Total Expenses** | **$38,477.56** |
| **NET OPERATING INCOME** | **$ -14,006.07** |
| **NET INCOME** | **$ -14,006.07** |