UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: MONUMENT BREWING, LLC    Case No. 19-BK-10832-CED
                                Chapter 11
    Debtor.

_____ /

## AFFIDAVIT OF NATHAN HANGEN IN SUPPORT OF

## CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared NATHAN HANGEN who, being duly sworn and deposed, states that:

1. I am over the age of 21 and competent to make this affidavit.

2. I have personal knowledge of all matters averred to herein.

3. I am the President of the Debtor and authorized to act on its behalf.

4. I am familiar with the Debtor's assets and liabilities. Additionally, I have personal knowledge of the terms of the Plan of Reorganization and the amendments thereto (hereinafter the "Plan") filed in this case.

5. Unless otherwise stated, I have personal knowledge of the factual matters set forth in the Plan and as set forth in this Confirmation Affidavit.

6. As to legal matters, I have conferred with counsel to assist me in preparing this Confirmation Affidavit.

I.    **Background**

7. On November 14, 2019, a petition for relief under Chapter 11 of the Bankruptcy Code was filed for the Debtor, Monument Brewing, LLC.

8. The Debtor owns and operates a micro-brewery.

9. To the best of my knowledge and based upon the advice of my counsel, the Debtor has complied with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and orders of this Court during the course of the Bankruptcy Case.

10. The Bankruptcy Case was filed to restructure the Debtor's secured and unsecured debts due to the collection efforts of certain creditors.

II.    **Plan Overview**

11. The following chart summarizes the creditor and interest holder classification and treatment under the Plan:

   a. Priority tax liabilities are as follows:

   Florida Department of Revenue (No Proof of Claim filed) in the amount of $28,915 for sales tax;

   Hillsborough County Tax Collector (Claims No. 4 and 5) in the total amount of $1,192.98.

   b. Secured creditors as follows:

| | | |
|---|---|---|
| Class 1 – Secured claim of Financial Pacific (Claims No. 13 and 14) | Impaired | This claim is for the total amount of $48,450.43.  The fair market value of the equipment is $5,000. |
| Class 2 – Secured claim of Pawnee Leasing Corporation (Claims No. 16 and 17) | Impaired | This claim is for the total amount of $41,382.62. The fair market value of the equipment is $12,000. |

| Class 3 – Secured claim of Centra Funding, LLC (Claim No. 18-2) | Impaired | This claim is for the amount of $14,724.99.  The fair market value of the equipment is $5,000. |

    c. General unsecured creditors.

12. Based upon the foregoing, I hereby respectfully submit that the required showings under Section 1129 of the Bankruptcy Code have been made to confirm the Plan, regardless of the rejection of the Plan.

13. This concludes my affidavit.

BY: _____
       Nathan Hangen
       President of the Debtor

Sworn and subscribed to before me this ___ day of November, 2020 by the aforementioned who is personally known to me and who did take an oath.

NOTARY PUBLIC:_____

MY COMMISSION EXPIRES:_____