ORDERED.

**Dated:  November 20, 2020**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  MONUMENT BREWING, LLC             Case No. 19-bk-10832-CED
                                                                            Chapter 11
      Debtor.

_____ /

**ORDER GRANTING MOTION TO EXTEND TIME TO
CONFIRM A PLAN OF REORGANIZATION**

THIS CAUSE having come on for hearing on November 16, 2020 at 1:30 p.m. on Debtor's Ore Tenus Motion to Extend Time to Confirm a Plan of Reorganization (Doc. No. 151) and this Court having jurisdiction and being otherwise fully advised in the premises, it is therefore,

ORDERED and ADJUDGED:

1. The Ore Tenus Motion is granted and the Debtor shall have through December 7, 2020, for confirmation of a Plan.

2. This matter is continued to December 7, 2020 at 1:30 p.m. for Plan Confirmation.

Attorney Samantha L. Dammer is directed to serve a copy of order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.