

# TD Bank
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT
5469 US HWY 41 N
APOLLO BEACH FL  33572

Page:                                         1 of 13
Statement Period:    Oct 01 2020-Oct 31 2020
Cust Ref #:                  4374582455-039-E-***
Primary Account #:                   437-4582455

## Chapter 11 Checking

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Account # 437-4582455

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 1,582.86 | Average Collected Balance | 2,601.82 |
| Deposits | 15,350.83 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 33,321.57 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 8,562.95 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 28,250.30 | | |
| Electronic Payments | 26,687.72 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 3,845.19 | | |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/06 | SBB MDEPOSIT | 5,000.00 |
| 10/13 | SBB MDEPOSIT | 5,000.00 |
| 10/14 | SBB MDEPOSIT | 4,000.00 |
| 10/14 | SBB MDEPOSIT | 1,350.83 |
| | Subtotal: | 15,350.83 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/01 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 359.88 |
| 10/02 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 620.62 |
| 10/02 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 309.55 |
| 10/02 | CCD DEPOSIT, GRPN MERCH SVCS N300053473 C****53473P349 | 249.27 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,655.41 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,615.53 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 1,034.50 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 973.39 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 260.47 |
| 10/05 | CCD DEPOSIT, GRPN MERCH SVCS N300053503 C****53503P1427 | 166.20 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 56.79 |
| 10/06 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 841.09 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① **Ending Balance** 3,845.19

② **Total Deposits** +

③ **Sub Total**

④ **Total Withdrawals** −

⑤ **Adjusted Balance**

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 3 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/06 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 316.02 |
| 10/07 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 25.58 |
| 10/08 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 180.98 |
| 10/09 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 524.48 |
| 10/09 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 330.82 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,902.85 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,403.15 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 959.85 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 558.01 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 528.99 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 415.32 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 249.55 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 68.28 |
| 10/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 153.84 |
| 10/15 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 147.62 |
| 10/16 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 892.48 |
| 10/16 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 580.89 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,193.39 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,007.94 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 749.79 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 666.50 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 303.19 |
| 10/19 | CCD DEPOSIT, GRPN MERCH SVCS N300053735 C****53735P1376 | 228.58 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 156.58 |
| 10/20 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 673.41 |
| 10/20 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 337.62 |
| 10/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 82.56 |
| 10/22 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 364.28 |
| 10/23 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 401.54 |
| 10/23 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 305.88 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,439.86 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,171.49 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,121.32 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 553.42 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 324.68 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 42.32 |
| 10/27 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 702.83 |
| 10/27 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 232.36 |
| 10/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 57.96 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 4 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 404.00 |
| 10/30 | CCD DEPOSIT, CAVALIER SPIRITS ACH ITEMS | 2,493.84 |
| 10/30 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 511.60 |
| 10/30 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 413.22 |
| | Subtotal: | 33,321.57 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | RETURNED ITEM | 8,562.95 |
| | Subtotal: | 8,562.95 |

### Checks Paid    No. Checks: 38

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/05 | 1404 | 249.00 | 10/13 | 1567 | 198.62 |
| 10/05 | 1405 | 100.00 | 10/13 | 1568 | 1,466.88 |
| 10/07 | 1406 | 150.00 | 10/14 | 1569 | 301.62 |
| 10/14 | 1407 | 100.00 | 10/19 | 1571* | 141.12 |
| 10/19 | 1408 | 58.10 | 10/16 | 1572 | 300.00 |
| 10/29 | 1410* | 104.79 | 10/19 | 1573 | 17.56 |
| 10/30 | 1411 | 282.30 | 10/21 | 1574 | 96.45 |
| 10/15 | 1549* | 49.75 | 10/23 | 1575 | 150.00 |
| 10/06 | 1556* | 100.80 | 10/26 | 1576 | 1,466.89 |
| 10/07 | 1557 | 17.56 | 10/26 | 1577 | 122.72 |
| 10/05 | 1558 | 125.00 | 10/26 | 1579* | 150.62 |
| 10/05 | 1559 | 400.00 | 10/28 | 1580 | 253.62 |
| 10/07 | 1560 | 246.66 | 10/14 | 1627* | 8,562.95 |
| 10/07 | 1561 | 409.62 | 10/16 | 1627* | 8,562.95 |
| 10/13 | 1562 | 372.42 | 10/14 | 1628 | 1,000.00 |
| 10/20 | 1563 | 31.14 | 10/26 | 1629 | 74.29 |
| 10/13 | 1564 | 416.85 | 10/26 | 1630 | 434.41 |
| 10/13 | 1565 | 270.89 | 10/26 | 1631 | 247.60 |
| 10/13 | 1566 | 678.05 | 10/27 | 1632 | 539.07 |
| | | | | Subtotal: | 28,250.30 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 5 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | INTL DEBIT CARD PUR, *****04024610192, AUT 092920 INTL DDA PUR PAYONEER          800 251 2521  G IB | 61.80 |
| 10/01 | DEBIT CARD PAYMENT, *****04024610192, AUT 093020 VISA DDA PUR UNTAPPD  INC       BUSINESS UNTA * NC | 49.99 |
| 10/01 | DEBIT CARD PAYMENT, *****04024610192, AUT 093020 VISA DDA PUR UNTAPPD  INC       BUSINESS UNTA * NC | 49.00 |
| 10/01 | DEBIT CARD PURCHASE, *****04024610192, AUT 092920 VISA DDA PUR TACO BELL 036138      RUSKIN      * FL | 3.99 |
| 10/02 | ELECTRONIC PMT-WEB, SQUARE INC SQ-PAIDSVC T****90385065 | 54.00 |
| 10/02 | DEBIT CARD PAYMENT, *****04024610192, AUT 093020 VISA DDA PUR ADOBE CREATIVE CLOUD     408 536 6000  * CA | 52.99 |
| 10/02 | DEBIT CARD PURCHASE, *****04024610192, AUT 100120 VISA DDA PUR TEXAS ROADHOUSE ECO 2596   RIVERVIEW     * FL | 46.68 |
| 10/02 | DEBIT CARD PURCHASE, *****04024610192, AUT 093020 VISA DDA PUR CITGO SPEEDY SELECT      RIVERVIEW    * FL | 20.06 |
| 10/02 | DEBIT CARD PAYMENT, *****04024610192, AUT 100120 VISA DDA PUR MICROSOFT MICROSOFT 365   MSBILL INFO  * WA | 9.99 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR DTV DIRECTV SERVICE     800 347 3288  * CA | 381.81 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100420 VISA DDA PUR FACEBK PPZVMVAZ52      650 5434800  * CA | 125.00 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR HELGET GAS PRODUCTS INC   402 339 1063  * NE | 111.65 |
| 10/05 | DEBIT CARD PAYMENT, *****04024610192, AUT 100220 VISA DDA PUR ACT TAMPA METRO YMCA     813 2249622   * FL | 85.00 |
| 10/05 | DEBIT CARD PAYMENT, *****04024610192, AUT 100420 VISA DDA PUR INT QUICKBOOKS ONLINE    800 446 8848  * CA | 40.00 |
| 10/05 | DEBIT CARD PAYMENT, *****04024610192, AUT 100120 VISA DDA PUR ADOBE STOCK        408 536 6000  * CA | 29.99 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR AMAZON WEB SERVICES      AWS AMAZON CO * WA | 10.86 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR MCDONALD S F5695       RUSKIN     * FL | 9.42 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100320 VISA DDA PUR GOOGLE  YOUTUBE VIDEOS    G CO HELPPAY  * CA | 2.99 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100320 VISA DDA PUR AMAZON WEB SERVICES      AWS AMAZON CO * WA | 0.14 |
| 10/06 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 975.00 |
| 10/06 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02597741 | 914.26 |
| 10/06 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR NORTHSIDE PROPANE      813 949 4286  * FL | 240.54 |
| 10/06 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR DD BR  352159 Q35       RUSKIN     * FL | 7.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 8:19-bk-10832-CED    Doc 157-1    Filed 12/04/20    Page 6 of 14



**STATEMENT OF ACCOUNT**

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 6 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR<br>PANDORA INTERNET RADIO    PDORA COM BIL * CA | 5.63 |
| 10/07 | ELECTRONIC PMT-WEB, HSWASSOCIATES-BA WEB PMTS HCD6K6 | 6,183.57 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR<br>WHITELABS  INC    858 6933441   * CA | 204.41 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100620 VISA DDA PUR<br>NTN BUZZTIME INC    760 9303067   * CA | 107.42 |
| 10/07 | DEBIT CARD PAYMENT, *****04024610192, AUT 100520 VISA DDA PUR<br>BLIZZARD ENTERTAINMENT    194 99551380  * CA | 14.99 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR<br>THE HOME DEPOT  6951    RUSKIN      * FL | 14.95 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100720 VISA DDA PUR<br>FACEBK N6D4YUEZ52    650 5434800   * CA | 6.05 |
| 10/08 | TD ATM DEBIT, *****04024610192, AUT 100720 DDA WITHDRAW<br>6176 US HWY 41 NORTH    APOLLO BEACH  * FL | 400.00 |
| 10/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 100720 VISA DDA PUR<br>MICROS OF CENTRAL FL    LONGWOOD    * FL | 221.00 |
| 10/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 100720 VISA DDA PUR<br>MICROS OF CENTRAL FL    LONGWOOD    * FL | 215.00 |
| 10/08 | ELECTRONIC PMT-WEB, COMENITY PAY CP WEB PYMT P****1412754707 | 82.00 |
| 10/09 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****07489844 | 2,000.00 |
| 10/09 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02308494 | 1,000.00 |
| 10/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 100820 VISA DDA PUR<br>AMAZON COM MK9X92DU1 AMZ    AMZN COM BILL * WA | 96.55 |
| 10/09 | ELECTRONIC PMT-WEB, GUARDIAN PRO 800PROTECT ****01239422123 | 54.20 |
| 10/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 100820 VISA DDA PUR<br>TEXAS ROADHOUSE ECO 2596    RIVERVIEW    * FL | 46.68 |
| 10/13 | CCD DEBIT, IRS USATAXPYMT ****68774004194 | 777.80 |
| 10/13 | ACH DEBIT, SAMS CLUB PAYMENT ****33120319586 | 182.00 |
| 10/13 | DEBIT CARD PURCHASE, *****04024610192, AUT 100820 VISA DDA PUR<br>THE WEBSTAURANT STORE    717 392 7472  * PA | 161.72 |
| 10/13 | ACH DEBIT, LOWES PAYMENT ****92610890019 | 127.00 |
| 10/13 | DEBIT CARD PURCHASE, *****04024610192, AUT 100920 VISA DDA PUR<br>THE UPS STORE  5327    APOLLO BEACH  * FL | 84.63 |
| 10/13 | DEBIT CARD PURCHASE, *****04024610192, AUT 101020 VISA DDA PUR<br>AMAZON COM MK1A50SE2    AMZN COM BILL * WA | 29.35 |
| 10/13 | ACH DEBIT, SQUARE INC PAYR TAX T****95014736 | 17.89 |
| 10/13 | DEBIT CARD PAYMENT, *****04024610192, AUT 101120 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144  * NY | 15.06 |
| 10/13 | DEBIT CARD PAYMENT, *****04024610192, AUT 101120 VISA DDA PUR<br>HELLO  HELLOFAX    HTTPSWWW HELL * CA | 9.99 |
| 10/14 | DEBIT CARD PURCHASE, *****04024610192, AUT 101320 VISA DDA PUR<br>WHITELABS  INC    858 6933441   * CA | 204.41 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 7 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/14 | TD ATM DEBIT, *****04024610192, AUT 101420 DDA WITHDRAW 6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 200.00 |
| 10/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 101420 VISA DDA PUR GEICO MARINE INSURANCE C   703 823 9550  * VA | 165.00 |
| 10/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 101420 VISA DDA PUR GEICO MARINE INSURANCE C   703 823 9550  * VA | 162.00 |
| 10/15 | DEBIT CARD PAYMENT, *****04024610192, AUT 101320 VISA DDA PUR FEDEX 529912572       MEMPHIS    * TN | 25.92 |
| 10/16 | CCD DEBIT, EMPLOYERS PREFER 8886826671 2LYKQF2AEJ4KSIB | 479.56 |
| 10/16 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910004718 | 225.00 |
| 10/16 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910004719 | 179.00 |
| 10/16 | DEBIT CARD PURCHASE, *****04024610192, AUT 101520 VISA DDA PUR PUBLIX  1260       APOLLO BEACH  * FL | 45.55 |
| 10/19 | ELECTRONIC PMT-WEB, FRONTIER ONLINE E-BILL ****93033 | 515.92 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101620 VISA DDA PUR TMOBILE POSTPAID PDA    800 937 8997  * WA | 348.22 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101720 VISA DDA PUR XPRESSXSRU941 684 1628   877 755 1166  * FL | 225.28 |
| 10/19 | TD ATM DEBIT, *****04024610192, AUT 101820 DDA WITHDRAW 6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 200.00 |
| 10/19 | TD ATM DEBIT, *****04024610192, AUT 101820 DDA WITHDRAW 6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 200.00 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101820 VISA DDA PUR GOOGLE ADS9995122409    INTERNET    * CA | 98.73 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101620 VISA DDA PUR TEXAS ROADHOUSE ECO 2596   RIVERVIEW    * FL | 70.18 |
| 10/20 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR NORTHSIDE PROPANE     813 949 4286  * FL | 240.55 |
| 10/20 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR AMAZON COM 2T83B5TD0 AMZ   AMZN COM BILL * WA | 14.65 |
| 10/20 | DEBIT CARD PAYMENT, *****04024610192, AUT 101920 VISA DDA PUR DROPBOX YH3ZSRTV1XPQ     DROPBOX COM  * CA | 11.99 |
| 10/21 | CCD DEBIT, IPFS877-513-9487 IPFSPMTGAA 990064 | 773.49 |
| 10/21 | CCD DEBIT, IPFS877-513-9487 IPFSPMTGAA A43533 | 539.50 |
| 10/21 | DEBIT CARD PAYMENT, *****04024610192, AUT 102020 VISA DDA PUR TMOBILE AUTO PAY      800 937 8997  * WA | 273.06 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 102020 VISA DDA PUR NTN BUZZTIME INC     760 9303067  * CA | 107.42 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR WHITELABS  INC     858 6933441  * CA | 107.17 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR THE HOME DEPOT  6951     RUSKIN    * FL | 105.96 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR THE WEBSTAURANT STORE    717 392 7472  * PA | 94.39 |



## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 8 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22 | TD ATM DEBIT, *****04024610192, AUT 102120 DDA WITHDRAW<br>6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 300.00 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR<br>CROWLER        303 827 3300  * CO | 295.58 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR<br>THE WEBSTAURANT STORE    717 392 7472 * PA | 149.49 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102020 VISA DDA PUR<br>WHITELABS  INC     858 6933441  * CA | 107.17 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR<br>MAILCHIMP  MONTHLY   MAILCHIMP COM * GA | 34.99 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR<br>AMAZON COM 2T0P45VX0   AMZN COM BILL * WA | 13.00 |
| 10/23 | TD ATM DEBIT, *****04024610192, AUT 102320 DDA WITHDRAW<br>6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 400.00 |
| 10/23 | INTL DEBIT CARD PMT, *****04024610192, AUT 102320 INTL DDA PUR<br>FASTMAIL PTY LTD    MELBOURNE   A US | 15.00 |
| 10/26 | CCD DEBIT, IRS USATAXPYMT ****70074003792 | 744.00 |
| 10/26 | ELECTRONIC PMT-TEL, DIRECTV DIRECTV 0466542 | 384.44 |
| 10/26 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910000073 | 220.00 |
| 10/26 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910002950 | 65.00 |
| 10/26 | DEBIT CARD PURCHASE, *****04024610192, AUT 102320 VISA DDA PUR<br>WAL MART  5300     GIBSONTON   * FL | 53.98 |
| 10/26 | ACH DEBIT, SQUARE INC PAYR TAX T****00872521 | 18.96 |
| 10/26 | DEBIT CARD PURCHASE, *****04024610192, AUT 102520 VISA DDA PUR<br>AUDIBLE 2T04922X0     AMZN COM BILL * NJ | 14.95 |
| 10/27 | ELECTRONIC PMT-WEB, ALLY ALLY PAYMT ****610731/001 | 550.00 |
| 10/27 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02308494 | 351.83 |
| 10/27 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****07489844 | 337.34 |
| 10/27 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02598004 | 242.07 |
| 10/28 | ELECTRONIC PMT-WEB, HSWASSOCIATES-BA WEB PMTS 8KSLL6 | 471.76 |
| 10/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 102720 VISA DDA PUR<br>NTN BUZZTIME INC    760 9303067  * CA | 107.42 |
| 10/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 102220 VISA DDA PUR<br>WHITELABS  INC     858 6933441  * CA | 107.17 |
| 10/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 102720 VISA DDA PUR<br>FLORIDA SHERIFFS ASSOCIA   850 8772165  * FL | 50.00 |
| 10/29 | TD ATM DEBIT, *****04024610192, AUT 102820 DDA WITHDRAW<br>6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 400.00 |
| 10/30 | TD ATM DEBIT, *****04024610192, AUT 103020 DDA WITHDRAW<br>6176 US HWY 41 NORTH   APOLLO BEACH  * FL | 300.00 |
| | Subtotal: | 26,687.72 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 9 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 1,582.86 | 10/16 | 1,736.37 |
| 10/01 | 1,777.96 | 10/19 | 4,167.23 |
| 10/02 | 2,773.68 | 10/20 | 4,879.93 |
| 10/05 | 6,865.11 | 10/21 | 2,865.05 |
| 10/06 | 10,778.42 | 10/22 | 2,329.10 |
| 10/07 | 3,448.77 | 10/23 | 2,471.52 |
| 10/08 | 2,711.75 | 10/26 | 3,126.75 |
| 10/09 | 369.62 | 10/27 | 2,041.63 |
| 10/13 | 6,646.47 | 10/28 | 1,109.62 |
| 10/14 | 1,782.16 | 10/29 | 1,008.83 |
| 10/15 | 10,055.06 | 10/30 | 3,845.19 |





MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

Page: 10 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455



#1404  10/05  $249.00



#1405  10/05  $100.00



#1406  10/07  $150.00



#1407  10/14  $100.00



#1408  10/19  $58.10



#1410  10/29  $104.79



#1411  10/30  $282.30



#1549  10/15  $49.75



#1556  10/06  $100.80



#1557  10/07  $17.56



MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 11 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |



#1558   10/05   $125.00



#1559   10/05   $400.00



#1560   10/07   $246.66



#1561   10/07   $409.62



#1562   10/13   $372.42



#1563   10/20   $31.14



#1564   10/13   $416.85



#1565   10/13   $270.89



#1566   10/13   $678.05



#1567   10/13   $198.62



MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 12 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |



#1568   10/13   $1,466.88



#1569   10/14   $301.62



#1571   10/19   $141.12



#1572   10/16   $300.00



#1573   10/19   $17.56



#1574   10/21   $96.45



#1575   10/23   $150.00



#1576   10/26   $1,466.89



#1577   10/26   $122.72



#1579   10/26   $150.62



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page:                 13 of 13
Statement Period:     Oct 01 2020-Oct 31 2020
Cust Ref #:           4374582455-039-E-***
Primary Account #:    437-4582455



#1580    10/28    $253.62



#1627    10/14    $8,562.95



#1627    10/16    $8,562.95



#1628    10/14    $1,000.00



#1629    10/26    $74.29



#1630    10/26    $434.41



#1631    10/26    $247.60



#1632    10/27    $539.07