# Four Stacks Brewing Company

PROFIT AND LOSS

October 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|   Cavalier Income | 3,844.67 |
|   Sales | |
|     Groupon Sales | 644.05 |
|     PoS Receipts | |
|       Credit Card Deposits | 22,667.71 |
|       Credit Card Deposits  (Riverview) | 7,515.97 |
|     **Total PoS Receipts** | **30,183.68** |
|   **Total Sales** | **30,827.73** |
| **Total Income** | **$34,672.40** |
| **Cost of Goods Sold** | |
|   Kegged & Packaged Beer | 1,061.31 |
|     Kegged & Packaged Beer - RV | 531.30 |
|   **Total Kegged & Packaged Beer** | **1,592.61** |
|   Supplies & Materials - COGS | 1,854.46 |
| **Total Cost of Goods Sold** | **$3,447.07** |
| **GROSS PROFIT** | **$31,225.33** |
| **Expenses** | |
|   Advertising | 331.76 |
|   Bank Charges | 35.00 |
|   Charitable Contributions | 50.00 |
|   Dues & Subscriptions | 30.06 |
|   Insurance | 327.00 |
|   Insurance - Liability | 1,312.99 |
|   Insurance - Workmans Comp | 479.56 |
|   Janitorial | 405.60 |
|   Legal & Professional Fees | 975.00 |
|   Meals and Entertainment | 184.52 |
|   Office Expenses | 577.61 |
|   Payroll Fees | 54.00 |
|   Payroll Taxes | 1,558.65 |
|   Promotional | 686.80 |
|   Rent or Lease | 16,850.45 |
|     PoS Lease | 215.00 |
|     Rent or Lease - RV | 221.00 |
|   **Total Rent or Lease** | **17,286.45** |
|   Repair & Maintenance | 120.91 |
|   Salaries and Wages | 5,979.23 |
|   Shipping and delivery expense | 25.92 |
|   Supplies | 575.81 |
|   Travel | 20.06 |
|   Utilities | 4,138.82 |
|     Utilities - RV | 2,727.41 |
|   **Total Utilities** | **6,866.23** |
| **Total Expenses** | **$37,883.16** |
| **NET OPERATING INCOME** | **$ -6,657.83** |
| **NET INCOME** | **$ -6,657.83** |