# Four Stacks Brewing Company
# Transaction Detail by Account
### October 2020

| | Date | Transaction Type | Name | Split | Amount |
|---|---|---|---|---|---|
| **Amazon** | | | | | |
| | 10/05/2020 | Expense | Amazon | Office Expenses | -0.14 |
| | 10/05/2020 | Expense | Amazon | Office Expenses | -10.86 |
| | 10/09/2020 | Expense | Amazon | Office Expenses | -96.55 |
| | 10/13/2020 | Expense | Amazon | Office Expenses | -29.35 |
| | 10/20/2020 | Expense | Amazon | Office Expenses | -14.65 |
| | 10/22/2020 | Expense | Amazon | Office Expenses | -13.00 |
| **Total for Amazon** | | | | | **-164.55** |
| **Babyl** | | | | | |
| | 10/05/2020 | Check | Babyl | Promotional | -125.00 |
| **Total for Babyl** | | | | | **-125.00** |
| **Buzztime** | | | | | |
| | 10/07/2020 | Expense | Buzztime | Rent or Lease | -107.42 |
| | 10/21/2020 | Expense | Buzztime | Rent or Lease | -107.42 |
| | 10/28/2020 | Expense | Buzztime | Rent or Lease | -107.42 |
| **Total for Buzztime** | | | | | **-322.26** |
| **CloudPoint Hospitality** | | | | | |
| | 10/08/2020 | Expense | CloudPoint Hospitality | Rent or Lease:Rent or Lease - RV | -221.00 |
| | 10/08/2020 | Expense | CloudPoint Hospitality | Rent or Lease:PoS Lease | -215.00 |
| **Total for CloudPoint Hospitality** | | | | | **-436.00** |
| **Direct TV** | | | | | |
| | 10/05/2020 | Expense | Direct TV | Utilities | -381.81 |
| | 10/26/2020 | Expense | Direct TV | Utilities:Utilities - RV | -384.44 |
| **Total for Direct TV** | | | | | **-766.25** |
| **Esque Dollar** | | | | | |
| | 10/05/2020 | Check | Esque Dollar | Promotional | -100.00 |
| | 10/07/2020 | Check | Esque Dollar | Promotional | -150.00 |
| | 10/14/2020 | Check | Esque Dollar | Promotional | -100.00 |
| | 10/23/2020 | Check | Esque Dollar | Promotional | -150.00 |
| **Total for Esque Dollar** | | | | | **-500.00** |
| **Facebook** | | | | | |
| | 10/05/2020 | Expense | Facebook | Advertising | -125.00 |
| | 10/07/2020 | Expense | Facebook | Advertising | -6.05 |
| **Total for Facebook** | | | | | **-131.05** |
| **Florida Bulk Sales** | | | | | |
| | 10/06/2020 | Check | Florida Bulk Sales | Supplies & Materials - COGS | -100.80 |
| **Total for Florida Bulk Sales** | | | | | **-100.80** |
| **geico** | | | | | |
| | 10/15/2020 | Expense | geico | Insurance | -165.00 |
| | 10/15/2020 | Expense | geico | Insurance | -162.00 |
| **Total for geico** | | | | | **-327.00** |
| **Google** | | | | | |
| | 10/19/2020 | Expense | Google | Advertising | -98.73 |

| | | | | | |
|---|---|---|---|---|---:|
| **Total for Google** | | | | | **-98.73** |
| **Helget** | | | | | |
| | 10/05/2020 | Expense | Helget | Utilities | -111.65 |
| **Total for Helget** | | | | | **-111.65** |
| **Home Depot** | | | | | |
| | 10/07/2020 | Expense | Home Depot | Repair & Maintenance | -14.95 |
| | 10/21/2020 | Expense | Home Depot | Repair & Maintenance | -105.96 |
| **Total for Home Depot** | | | | | **-120.91** |
| **HSW & Associates** | | | | | |
| | 10/28/2020 | Expense | HSW & Associates | Rent or Lease | -471.76 |
| **Total for HSW & Associates** | | | | | **-471.76** |
| **Internal Revenue Service** | | | | | |
| | 10/13/2020 | Expense | Internal Revenue Service | Payroll Taxes | -777.80 |
| | 10/26/2020 | Expense | Internal Revenue Service | Payroll Taxes | -744.00 |
| **Total for Internal Revenue Service** | | | | | **-1521.80** |
| **Lowes** | | | | | |
| | 10/13/2020 | Expense | Lowes | Online Bill Pay | -127.00 |
| **Total for Lowes** | | | | | **-127.00** |
| **NISA Riverview** | | | | | |
| | 10/14/2020 | Check | NISA Riverview | Rent or Lease | -1000.00 |
| | 10/16/2020 | Check | NISA Riverview | Rent or Lease:Rent or Lease - RV | -8562.95 |
| **Total for NISA Riverview** | | | | | **-9562.95** |
| **Pepin** | | | | | |
| | 10/21/2020 | Check | Pepin | Kegged & Packaged Beer | -96.45 |
| | 10/30/2020 | Check | Pepin | Packaged Beer - RV | -282.30 |
| **Total for Pepin** | | | | | **-378.75** |
| **Publix** | | | | | |
| | 10/16/2020 | Expense | Publix | Supplies | -45.55 |
| **Total for Publix** | | | | | **-45.55** |
| **Southern Wine and Spirits** | | | | | |
| | 10/05/2020 | Check | Southern Wine and Spirits | Packaged Beer - RV | -249.00 |
| | 10/07/2020 | Check | Southern Wine and Spirits | Kegged & Packaged Beer | -409.62 |
| | 10/14/2020 | Check | Southern Wine and Spirits | Kegged & Packaged Beer | -301.62 |
| | 10/28/2020 | Check | Southern Wine and Spirits | Kegged & Packaged Beer | -253.62 |
| **Total for Southern Wine and Spirits** | | | | | **-1213.86** |
| **TECO** | | | | | |
| | 10/06/2020 | Expense | TECO | Utilities | -914.26 |
| | 10/09/2020 | Expense | TECO | Utilities | -1000.00 |
| | 10/09/2020 | Expense | TECO | Utilities:Utilities - RV | -2000.00 |
| | 10/27/2020 | Expense | TECO | Utilities:Utilities - RV | -337.34 |
| | 10/27/2020 | Expense | TECO | Utilities | -242.07 |
| | 10/27/2020 | Expense | TECO | Utilities | -351.83 |
| **Total for TECO** | | | | | **-4845.50** |
| **Untappd** | | | | | |
| | 10/01/2020 | Expense | Untappd | Advertising | -49.00 |
| | 10/01/2020 | Expense | Untappd | Advertising | -49.99 |
| **Total for Untappd** | | | | | **-98.99** |
| **US Trustee** | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 10/06/2020 | Expense | US Trustee | Legal & Professional Fees | -975.00 |
| **Total for US Trustee** |  |  |  |  | **-975.00** |
| **White Labs** |  |  |  |  |  |
|  | 10/07/2020 | Expense | White Labs | Supplies & Materials - COGS | -204.41 |
|  | 10/14/2020 | Expense | White Labs | Supplies & Materials - COGS | -204.41 |
|  | 10/21/2020 | Expense | White Labs | Supplies & Materials - COGS | -107.17 |
|  | 10/22/2020 | Expense | White Labs | Supplies & Materials - COGS | -107.17 |
|  | 10/28/2020 | Expense | White Labs | Supplies & Materials - COGS | -107.17 |
| **Total for White Labs** |  |  |  |  | **-730.33** |
| **Not Specified** |  |  |  |  |  |
|  | 10/01/2020 | Expense |  | Meals and Entertainment | -3.99 |
|  | 10/01/2020 | Expense |  | Promotional | -61.80 |
|  | 10/02/2020 | Expense |  | Payroll Fees | -54.00 |
|  | 10/02/2020 | Expense |  | Travel | -20.06 |
|  | 10/02/2020 | Expense |  | Meals and Entertainment | -46.68 |
|  | 10/02/2020 | Expense |  | Office Expenses | -52.99 |
|  | 10/02/2020 | Expense |  | Office Expenses | -9.99 |
|  | 10/05/2020 | Check | Megan Edwards | Undeposited Funds | -400.00 |
|  | 10/05/2020 | Expense |  | Office Expenses | -85.00 |
|  | 10/05/2020 | Expense |  | Advertising | -2.99 |
|  | 10/05/2020 | Expense |  | Meals and Entertainment | -9.42 |
|  | 10/05/2020 | Expense |  | Office Expenses | -29.99 |
|  | 10/05/2020 | Expense |  | Office Expenses | -40.00 |
|  | 10/06/2020 | Expense |  | Supplies & Materials - COGS | -240.54 |
|  | 10/06/2020 | Expense |  | Utilities:Utilities - RV | -5.63 |
|  | 10/06/2020 | Expense |  | Meals and Entertainment | -7.57 |
|  | 10/07/2020 | Check | Mike Frey | Supplies | -17.56 |
|  | 10/07/2020 | Check | Mike Frey | Supplies & Materials - COGS | -246.66 |
|  | 10/07/2020 | Expense |  | Rent or Lease | -6183.57 |
|  | 10/07/2020 | Expense |  | Office Expenses | -14.99 |
|  | 10/08/2020 | Transfer |  | Undeposited Funds | -400.00 |
|  | 10/09/2020 | Expense |  | Office Expenses | -54.20 |
|  | 10/09/2020 | Expense |  | Meals and Entertainment | -46.68 |
|  | 10/13/2020 | Check | Megan Edwards | Salaries and Wages | -198.62 |
|  | 10/13/2020 | Expense |  | Online Bill Pay | -182.00 |
|  | 10/13/2020 | Check | Mike Frey | Supplies | -372.42 |
|  | 10/13/2020 | Check | Elizabeth Kavanagh | Salaries and Wages | -416.85 |
|  | 10/13/2020 | Check | Martin Noll | Salaries and Wages | -678.05 |
|  | 10/13/2020 | Check | Mike Frey | Salaries and Wages | -1466.88 |
|  | 10/13/2020 | Expense |  | Office Expenses | -9.99 |
|  | 10/13/2020 | Expense |  | Dues & Subscriptions | -15.06 |
|  | 10/13/2020 | Expense |  | Payroll Taxes | -17.89 |
|  | 10/13/2020 | Expense |  | Rent or Lease | -84.63 |
|  | 10/13/2020 | Expense |  | Janitorial | -161.72 |
|  | 10/13/2020 | Check | Jade Weaver | Salaries and Wages | -270.89 |
|  | 10/14/2020 | Transfer |  | Undeposited Funds | -200.00 |
|  | 10/15/2020 | Check | Cassie Frias | Salaries and Wages | -49.75 |
|  | 10/15/2020 | Expense |  | Bank Charges | -35.00 |

| Date | Type | Name | Account | Amount |
|---|---|---|---|---|
| 10/15/2020 | Expense | | Shipping and delivery expense | -25.92 |
| 10/16/2020 | Check | Megan Edwards | Undeposited Funds | -300.00 |
| 10/16/2020 | Expense | | Insurance - Workmans Comp | -479.56 |
| 10/19/2020 | Check | Mike Frey | Supplies | -17.56 |
| 10/19/2020 | Expense | | Utilities | -515.92 |
| 10/19/2020 | Check | Martin Noll | Undeposited Funds | -141.12 |
| 10/19/2020 | Transfer | | Undeposited Funds | -200.00 |
| 10/19/2020 | Transfer | | Undeposited Funds | -200.00 |
| 10/19/2020 | Expense | | Meals and Entertainment | -70.18 |
| 10/19/2020 | Expense | | Rent or Lease | -225.28 |
| 10/19/2020 | Expense | | Utilities | -348.22 |
| 10/19/2020 | Check | Martin Noll | Undeposited Funds | -58.10 |
| 10/20/2020 | Check | Cassie Frias | Salaries and Wages | -31.14 |
| 10/20/2020 | Expense | | Supplies & Materials - COGS | -240.55 |
| 10/20/2020 | Expense | | Office Expenses | -11.99 |
| 10/21/2020 | Expense | | Janitorial | -94.39 |
| 10/21/2020 | Expense | | Insurance - Liability | -773.49 |
| 10/21/2020 | Expense | | Insurance - Liability | -539.50 |
| 10/21/2020 | Expense | | Utilities | -273.06 |
| 10/22/2020 | Transfer | | Undeposited Funds | -300.00 |
| 10/22/2020 | Expense | | Supplies & Materials - COGS | -295.58 |
| 10/22/2020 | Expense | | Janitorial | -149.49 |
| 10/22/2020 | Expense | | Office Expenses | -34.99 |
| 10/23/2020 | Transfer | | Undeposited Funds | -400.00 |
| 10/23/2020 | Expense | | Dues & Subscriptions | -15.00 |
| 10/26/2020 | Check | Cassie Frias | Salaries and Wages | -74.29 |
| 10/26/2020 | Expense | | Office Expenses | -53.98 |
| 10/26/2020 | Check | Mike Frey | Undeposited Funds | -150.62 |
| 10/26/2020 | Check | Jade Weaver | Salaries and Wages | -247.60 |
| 10/26/2020 | Check | Elizabeth Kavanagh | Salaries and Wages | -434.41 |
| 10/26/2020 | Check | Mike Frey | Salaries and Wages | -1466.89 |
| 10/26/2020 | Expense | | Office Expenses | -14.95 |
| 10/26/2020 | Expense | | Payroll Taxes | -18.96 |
| 10/26/2020 | Check | Mike Frey | Supplies | -122.72 |
| 10/27/2020 | Check | Martin Noll | Salaries and Wages | -539.07 |
| 10/27/2020 | Expense | | Vehicle | -550.00 |
| 10/28/2020 | Expense | | Charitable Contributions | -50.00 |
| 10/29/2020 | Check | Jade Weaver | Salaries and Wages | -104.79 |
| 10/29/2020 | Transfer | | Undeposited Funds | -400.00 |
| 10/30/2020 | Transfer | | Undeposited Funds | -300.00 |

**Total for Not Specified**     **24858.19**

Thursday, Dec 03, 2020 09:23:17 PM GMT-8 - Accrual Basis