UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: MONUMENT BREWING, LLC               Case No. 19-bk-10832-CED

                                           Chapter 11

    Debtor.
_____ /

**SUPPLEMENTAL BALLOT TABULATION**

Date prepared:              December 4, 2020

Prepared by:                Samantha L. Dammer, Esq.
                            Attorney for the Plan Proponent

Filed with respect to:      Second Amended Plan of Reorganization (Doc. 128)

SUMMARY OF VOTE BY CLASSES OF CLAIMS AND INTEREST

One (1) ballot cast by unsecured creditor Brad Jacobs in support of the Plan.

DATED on this 4th day of December, 2020

Respectfully submitted,

                                        _____/s/ Samantha L. Dammer_____
                                        **SAMANTHA L. DAMMER, ESQUIRE**
                                        Florida Bar No.: 0036953
                                        Samantha L. Dammer, P.A.
                                        620 East Twiggs Street, Suite 110
                                        Tampa, FL 33602
                                        Ph: (813) 288-0303
                                        Attorney for Debtor
                                      sdammer@attysam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of November, 2020, a true and correct copy of the foregoing was sent by CM/ECF Electronic mail to :

Samantha L. Dammer        sdammer@attysam.com;

United States Trustee – TPA   USTPRegion21.tp.ecf@usdoj.gov

                                      Respectfully submitted,

_____/s/ Samantha L. Dammer_____
**SAMANTHA L. DAMMER, ESQUIRE**
Florida Bar No.: 0036953
Samantha L. Dammer, P.A.
620 East Twiggs Street, Suite 110
Tampa, FL 33602
Ph: (813) 288-0303
Attorney for Debtor
sdammer@attysam.com