
America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT
5469 US HWY 41 N
APOLLO BEACH FL 33572

| | |
|---|---|
| Page: | 1 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

## Chapter 11 Checking

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Account # 437-4582455

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,582.86 | Average Collected Balance | 2,601.82 |
| Deposits | 15,350.83 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 33,321.57 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 8,562.95 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 28,250.30 | | |
| Electronic Payments | 26,687.72 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 3,845.19 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | SBB MDEPOSIT | 5,000.00 |
| 10/13 | SBB MDEPOSIT | 5,000.00 |
| 10/14 | SBB MDEPOSIT | 4,000.00 |
| 10/14 | SBB MDEPOSIT | 1,350.83 |
| | Subtotal: | 15,350.83 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 359.88 |
| 10/02 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 620.62 |
| 10/02 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 309.55 |
| 10/02 | CCD DEPOSIT, GRPN MERCH SVCS N300053473 C****53473P349 | 249.27 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,655.41 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,615.53 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 1,034.50 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 973.39 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 260.47 |
| 10/05 | CCD DEPOSIT, GRPN MERCH SVCS N300053503 C****53503P1427 | 166.20 |
| 10/05 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 56.79 |
| 10/06 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 841.09 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 3,845.19 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

②

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

④

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 3 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 316.02 |
| 10/07 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 25.58 |
| 10/08 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 180.98 |
| 10/09 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 524.48 |
| 10/09 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 330.82 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,902.85 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,403.15 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 959.85 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 558.01 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 528.99 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 415.32 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 249.55 |
| 10/13 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 68.28 |
| 10/14 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 153.84 |
| 10/15 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 147.62 |
| 10/16 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 892.48 |
| 10/16 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 580.89 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,193.39 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,007.94 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 749.79 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 666.50 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 303.19 |
| 10/19 | CCD DEPOSIT, GRPN MERCH SVCS N300053735 C****53735P1376 | 228.58 |
| 10/19 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 156.58 |
| 10/20 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 673.41 |
| 10/20 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 337.62 |
| 10/21 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 82.56 |
| 10/22 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 364.28 |
| 10/23 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 401.54 |
| 10/23 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 305.88 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,439.86 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,171.49 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 1,121.32 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 553.42 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 324.68 |
| 10/26 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 42.32 |
| 10/27 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 702.83 |
| 10/27 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 232.36 |
| 10/28 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 57.96 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 4 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 404.00 |
| 10/30 | CCD DEPOSIT, CAVALIER SPIRITS ACH ITEMS | 2,493.84 |
| 10/30 | CCD DEPOSIT, CITIZENS NET SETLMT ****033795302 | 511.60 |
| 10/30 | CCD DEPOSIT, CITIZENS NET SETLMT ****032891150 | 413.22 |
| | Subtotal: | 33,321.57 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | RETURNED ITEM | 8,562.95 |
| | Subtotal: | 8,562.95 |

**Checks Paid** No. Checks: 38 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/05 | 1404 | 249.00 | 10/13 | 1567 | 198.62 |
| 10/05 | 1405 | 100.00 | 10/13 | 1568 | 1,466.88 |
| 10/07 | 1406 | 150.00 | 10/14 | 1569 | 301.62 |
| 10/14 | 1407 | 100.00 | 10/19 | 1571* | 141.12 |
| 10/19 | 1408 | 58.10 | 10/16 | 1572 | 300.00 |
| 10/29 | 1410* | 104.79 | 10/19 | 1573 | 17.56 |
| 10/30 | 1411 | 282.30 | 10/21 | 1574 | 96.45 |
| 10/15 | 1549* | 49.75 | 10/23 | 1575 | 150.00 |
| 10/06 | 1556* | 100.80 | 10/26 | 1576 | 1,466.89 |
| 10/07 | 1557 | 17.56 | 10/26 | 1577 | 122.72 |
| 10/05 | 1558 | 125.00 | 10/26 | 1579* | 150.62 |
| 10/05 | 1559 | 400.00 | 10/28 | 1580 | 253.62 |
| 10/07 | 1560 | 246.66 | 10/14 | 1627* | 8,562.95 |
| 10/07 | 1561 | 409.62 | 10/16 | 1627* | 8,562.95 |
| 10/13 | 1562 | 372.42 | 10/14 | 1628 | 1,000.00 |
| 10/20 | 1563 | 31.14 | 10/26 | 1629 | 74.29 |
| 10/13 | 1564 | 416.85 | 10/26 | 1630 | 434.41 |
| 10/13 | 1565 | 270.89 | 10/26 | 1631 | 247.60 |
| 10/13 | 1566 | 678.05 | 10/27 | 1632 | 539.07 |
| | | | | Subtotal: | 28,250.30 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 5 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | INTL DEBIT CARD PUR, *****04024610192, AUT 092920 INTL DDA PUR PAYONEER 800 251 2521 G IB | 61.80 |
| 10/01 | DEBIT CARD PAYMENT, *****04024610192, AUT 093020 VISA DDA PUR UNTAPPD INC BUSINESS UNTA * NC | 49.99 |
| 10/01 | DEBIT CARD PAYMENT, *****04024610192, AUT 093020 VISA DDA PUR UNTAPPD INC BUSINESS UNTA * NC | 49.00 |
| 10/01 | DEBIT CARD PURCHASE, *****04024610192, AUT 092920 VISA DDA PUR TACO BELL 036138 RUSKIN * FL | 3.99 |
| 10/02 | ELECTRONIC PMT-WEB, SQUARE INC SQ-PAIDSVC T****90385065 | 54.00 |
| 10/02 | DEBIT CARD PAYMENT, *****04024610192, AUT 093020 VISA DDA PUR ADOBE CREATIVE CLOUD 408 536 6000 * CA | 52.99 |
| 10/02 | DEBIT CARD PURCHASE, *****04024610192, AUT 100120 VISA DDA PUR TEXAS ROADHOUSE ECO 2596 RIVERVIEW * FL | 46.68 |
| 10/02 | DEBIT CARD PURCHASE, *****04024610192, AUT 093020 VISA DDA PUR CITGO SPEEDY SELECT RIVERVIEW * FL | 20.06 |
| 10/02 | DEBIT CARD PAYMENT, *****04024610192, AUT 100120 VISA DDA PUR MICROSOFT MICROSOFT 365 MSBILL INFO * WA | 9.99 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR DTV DIRECTV SERVICE 800 347 3288 * CA | 381.81 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100420 VISA DDA PUR FACEBK PPZVMVAZ52 650 5434800 * CA | 125.00 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR HELGET GAS PRODUCTS INC 402 339 1063 * NE | 111.65 |
| 10/05 | DEBIT CARD PAYMENT, *****04024610192, AUT 100220 VISA DDA PUR ACT TAMPA METRO YMCA 813 2249622 * FL | 85.00 |
| 10/05 | DEBIT CARD PAYMENT, *****04024610192, AUT 100420 VISA DDA PUR INT QUICKBOOKS ONLINE 800 446 8848 * CA | 40.00 |
| 10/05 | DEBIT CARD PAYMENT, *****04024610192, AUT 100120 VISA DDA PUR ADOBE STOCK 408 536 6000 * CA | 29.99 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR AMAZON WEB SERVICES AWS AMAZON CO * WA | 10.86 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100220 VISA DDA PUR MCDONALD S F5695 RUSKIN * FL | 9.42 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100320 VISA DDA PUR GOOGLE YOUTUBE VIDEOS G CO HELPPAY * CA | 2.99 |
| 10/05 | DEBIT CARD PURCHASE, *****04024610192, AUT 100320 VISA DDA PUR AMAZON WEB SERVICES AWS AMAZON CO * WA | 0.14 |
| 10/06 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 975.00 |
| 10/06 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02597741 | 914.26 |
| 10/06 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR NORTHSIDE PROPANE 813 949 4286 * FL | 240.54 |
| 10/06 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR DD BR 352159 Q35 RUSKIN * FL | 7.57 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 6 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR PANDORA INTERNET RADIO PDORA COM BIL * CA | 5.63 |
| 10/07 | ELECTRONIC PMT-WEB, HSWASSOCIATES-BA WEB PMTS HCD6K6 | 6,183.57 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR WHITELABS INC 858 6933441 * CA | 204.41 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100620 VISA DDA PUR NTN BUZZTIME INC 760 9303067 * CA | 107.42 |
| 10/07 | DEBIT CARD PAYMENT, *****04024610192, AUT 100520 VISA DDA PUR BLIZZARD ENTERTAINMENT 194 99551380 * CA | 14.99 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100520 VISA DDA PUR THE HOME DEPOT 6951 RUSKIN * FL | 14.95 |
| 10/07 | DEBIT CARD PURCHASE, *****04024610192, AUT 100720 VISA DDA PUR FACEBK N6D4YUEZ52 650 5434800 * CA | 6.05 |
| 10/08 | TD ATM DEBIT, *****04024610192, AUT 100720 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 400.00 |
| 10/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 100720 VISA DDA PUR MICROS OF CENTRAL FL LONGWOOD * FL | 221.00 |
| 10/08 | DEBIT CARD PAYMENT, *****04024610192, AUT 100720 VISA DDA PUR MICROS OF CENTRAL FL LONGWOOD * FL | 215.00 |
| 10/08 | ELECTRONIC PMT-WEB, COMENITY PAY CP WEB PYMT P****1412754707 | 82.00 |
| 10/09 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****07489844 | 2,000.00 |
| 10/09 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02308494 | 1,000.00 |
| 10/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 100820 VISA DDA PUR AMAZON COM MK9X92DU1 AMZ AMZN COM BILL * WA | 96.55 |
| 10/09 | ELECTRONIC PMT-WEB, GUARDIAN PRO 800PROTECT ****01239422123 | 54.20 |
| 10/09 | DEBIT CARD PURCHASE, *****04024610192, AUT 100820 VISA DDA PUR TEXAS ROADHOUSE ECO 2596 RIVERVIEW * FL | 46.68 |
| 10/13 | CCD DEBIT, IRS USATAXPYMT ****68774004194 | 777.80 |
| 10/13 | ACH DEBIT, SAMS CLUB PAYMENT ****33120319586 | 182.00 |
| 10/13 | DEBIT CARD PURCHASE, *****04024610192, AUT 100820 VISA DDA PUR THE WEBSTAURANT STORE 717 392 7472 * PA | 161.72 |
| 10/13 | ACH DEBIT, LOWES PAYMENT ****92610890019 | 127.00 |
| 10/13 | DEBIT CARD PURCHASE, *****04024610192, AUT 100920 VISA DDA PUR THE UPS STORE 5327 APOLLO BEACH * FL | 84.63 |
| 10/13 | DEBIT CARD PURCHASE, *****04024610192, AUT 101020 VISA DDA PUR AMAZON COM MK1A50SE2 AMZN COM BILL * WA | 29.35 |
| 10/13 | ACH DEBIT, SQUARE INC PAYR TAX T****95014736 | 17.89 |
| 10/13 | DEBIT CARD PAYMENT, *****04024610192, AUT 101120 VISA DDA PUR SXM SIRIUSXM COM ACCT 888 635 5144 * NY | 15.06 |
| 10/13 | DEBIT CARD PAYMENT, *****04024610192, AUT 101120 VISA DDA PUR HELLO HELLOFAX HTTPSWWW HELL * CA | 9.99 |
| 10/14 | DEBIT CARD PURCHASE, *****04024610192, AUT 101320 VISA DDA PUR WHITELABS INC 858 6933441 * CA | 204.41 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 7 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/14 | TD ATM DEBIT, *****04024610192, AUT 101420 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 200.00 |
| 10/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 101420 VISA DDA PUR GEICO MARINE INSURANCE C 703 823 9550 * VA | 165.00 |
| 10/15 | DEBIT CARD PURCHASE, *****04024610192, AUT 101420 VISA DDA PUR GEICO MARINE INSURANCE C 703 823 9550 * VA | 162.00 |
| 10/15 | DEBIT CARD PAYMENT, *****04024610192, AUT 101320 VISA DDA PUR FEDEX 529912572 MEMPHIS * TN | 25.92 |
| 10/16 | CCD DEBIT, EMPLOYERS PREFER 8886826671 2LYKQF2AEJ4KSIB | 479.56 |
| 10/16 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910004718 | 225.00 |
| 10/16 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910004719 | 179.00 |
| 10/16 | DEBIT CARD PURCHASE, *****04024610192, AUT 101520 VISA DDA PUR PUBLIX 1260 APOLLO BEACH * FL | 45.55 |
| 10/19 | ELECTRONIC PMT-WEB, FRONTIER ONLINE E-BILL ****93033 | 515.92 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101620 VISA DDA PUR TMOBILE POSTPAID PDA 800 937 8997 * WA | 348.22 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101720 VISA DDA PUR XPRESSXSRU941 684 1628 877 755 1166 * FL | 225.28 |
| 10/19 | TD ATM DEBIT, *****04024610192, AUT 101820 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 200.00 |
| 10/19 | TD ATM DEBIT, *****04024610192, AUT 101820 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 200.00 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101820 VISA DDA PUR GOOGLE ADS9995122409 INTERNET * CA | 98.73 |
| 10/19 | DEBIT CARD PURCHASE, *****04024610192, AUT 101620 VISA DDA PUR TEXAS ROADHOUSE ECO 2596 RIVERVIEW * FL | 70.18 |
| 10/20 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR NORTHSIDE PROPANE 813 949 4286 * FL | 240.55 |
| 10/20 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR AMAZON COM 2T83B5TD0 AMZ AMZN COM BILL * WA | 14.65 |
| 10/20 | DEBIT CARD PAYMENT, *****04024610192, AUT 101920 VISA DDA PUR DROPBOX YH3ZSRTV1XPQ DROPBOX COM * CA | 11.99 |
| 10/21 | CCD DEBIT, IPFS877-513-9487 IPFSPMTGAA 990064 | 773.49 |
| 10/21 | CCD DEBIT, IPFS877-513-9487 IPFSPMTGAA A43533 | 539.50 |
| 10/21 | DEBIT CARD PAYMENT, *****04024610192, AUT 102020 VISA DDA PUR TMOBILE AUTO PAY 800 937 8997 * WA | 273.06 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 102020 VISA DDA PUR NTN BUZZTIME INC 760 9303067 * CA | 107.42 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR WHITELABS INC 858 6933441 * CA | 107.17 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR THE HOME DEPOT 6951 RUSKIN * FL | 105.96 |
| 10/21 | DEBIT CARD PURCHASE, *****04024610192, AUT 101920 VISA DDA PUR THE WEBSTAURANT STORE 717 392 7472 * PA | 94.39 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 8 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22 | TD ATM DEBIT, *****04024610192, AUT 102120 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 300.00 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR CROWLER 303 827 3300 * CO | 295.58 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR THE WEBSTAURANT STORE 717 392 7472 * PA | 149.49 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102020 VISA DDA PUR WHITELABS INC 858 6933441 * CA | 107.17 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR MAILCHIMP MONTHLY MAILCHIMP COM * GA | 34.99 |
| 10/22 | DEBIT CARD PURCHASE, *****04024610192, AUT 102120 VISA DDA PUR AMAZON COM 2T0P45VX0 AMZN COM BILL * WA | 13.00 |
| 10/23 | TD ATM DEBIT, *****04024610192, AUT 102320 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 400.00 |
| 10/23 | INTL DEBIT CARD PMT, *****04024610192, AUT 102320 INTL DDA PUR FASTMAIL PTY LTD MELBOURNE A US | 15.00 |
| 10/26 | CCD DEBIT, IRS USATAXPYMT ****70074003792 | 744.00 |
| 10/26 | ELECTRONIC PMT-TEL, DIRECTV DIRECTV 0466542 | 384.44 |
| 10/26 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****33910000073 | 220.00 |
| 10/26 | CCD DEBIT, CAPITAL ONE ONLINE PMT ****39910002950 | 65.00 |
| 10/26 | DEBIT CARD PURCHASE, *****04024610192, AUT 102320 VISA DDA PUR WAL MART 5300 GIBSONTON * FL | 53.98 |
| 10/26 | ACH DEBIT, SQUARE INC PAYR TAX T****00872521 | 18.96 |
| 10/26 | DEBIT CARD PURCHASE, *****04024610192, AUT 102520 VISA DDA PUR AUDIBLE 2T04922X0 AMZN COM BILL * NJ | 14.95 |
| 10/27 | ELECTRONIC PMT-WEB, ALLY ALLY PAYMT ****610731/001 | 550.00 |
| 10/27 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02308494 | 351.83 |
| 10/27 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****07489844 | 337.34 |
| 10/27 | ELECTRONIC PMT-WEB, TECO/PEOPLE GAS UTILITYBIL ****02598004 | 242.07 |
| 10/28 | ELECTRONIC PMT-WEB, HSWASSOCIATES-BA WEB PMTS 8KSLL6 | 471.76 |
| 10/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 102720 VISA DDA PUR NTN BUZZTIME INC 760 9303067 * CA | 107.42 |
| 10/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 102220 VISA DDA PUR WHITELABS INC 858 6933441 * CA | 107.17 |
| 10/28 | DEBIT CARD PURCHASE, *****04024610192, AUT 102720 VISA DDA PUR FLORIDA SHERIFFS ASSOCIA 850 8772165 * FL | 50.00 |
| 10/29 | TD ATM DEBIT, *****04024610192, AUT 102820 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 400.00 |
| 10/30 | TD ATM DEBIT, *****04024610192, AUT 103020 DDA WITHDRAW 6176 US HWY 41 NORTH APOLLO BEACH * FL | 300.00 |
| | Subtotal: | 26,687.72 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

Page: 9 of 13
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: 4374582455-039-E-***
Primary Account #: 437-4582455

DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/15 | OVERDRAFT RET | | 35.00 |
| | | Subtotal: | 35.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 1,582.86 | 10/16 | 1,736.37 |
| 10/01 | 1,777.96 | 10/19 | 4,167.23 |
| 10/02 | 2,773.68 | 10/20 | 4,879.93 |
| 10/05 | 6,865.11 | 10/21 | 2,865.05 |
| 10/06 | 10,778.42 | 10/22 | 2,329.10 |
| 10/07 | 3,448.77 | 10/23 | 2,471.52 |
| 10/08 | 2,711.75 | 10/26 | 3,126.75 |
| 10/09 | 369.62 | 10/27 | 2,041.63 |
| 10/13 | 6,646.47 | 10/28 | 1,109.62 |
| 10/14 | 1,782.16 | 10/29 | 1,008.83 |
| 10/15 | 10,055.06 | 10/30 | 3,845.19 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 10 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

#1404 10/05 $249.00

#1405 10/05 $100.00

#1406 10/07 $150.00

#1407 10/14 $100.00

#1408 10/19 $58.10

#1410 10/29 $104.79

#1411 10/30 $282.30

#1549 10/15 $49.75

#1556 10/06 $100.80

#1557 10/07 $17.56



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 11 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

Four Stacks Brewing Company 001558
DATE 10/2/20
PAY TO THE ORDER OF Ben Jacobs $ 125
one hundred and twenty five DOLLARS
FOR Music
⑈001558⑈ ⑆067014822⑆ 4374582455⑈

#1558 10/05 $125.00

Four Stacks Brewing Company 001559
DATE 10/2/2020
PAY TO THE ORDER OF Megan Edwards $ 400
Four Hundred 00/100 DOLLARS
FOR Cash TO Box AB
⑈001559⑈ ⑆067014822⑆ 4374582455⑈

#1559 10/05 $400.00

Four Stacks Brewing Company 001560
DATE 10/4/2020
PAY TO THE ORDER OF Michael Frey $ 246.66/100
Two Hundred Forty Six Dollars & 66/100 DOLLARS
FOR Grain-AB
⑈001560⑈ ⑆067014822⑆ 4374582455⑈

#1560 10/07 $246.66

Four Stacks Brewing Company 001561
DATE 10/6/2020
PAY TO THE ORDER OF Southern Glazers $ 409.62/100
Four Hundred Nine Dollars & 62/100 DOLLARS 409.62
FOR 2377343-AD ac# 39437
⑈001561⑈ ⑆067014822⑆ 4374582455⑈

#1561 10/07 $409.62

Four Stacks Brewing Company 001562
DATE 10/9/2020
PAY TO THE ORDER OF Michael Frey $ 372.42/100
Three Hundred Seventy Two Dollars & 42/100 DOLLARS
FOR Invoices - AR
⑈001562⑈ ⑆067014822⑆ 4374582455⑈

#1562 10/13 $372.42

Four Stacks Brewing Company 001563
DATE 10/9/2020
PAY TO THE ORDER OF Cassandra Frias $ 31.14/100
Thirty One Dollars & 14/100 DOLLARS
FOR Payroll - AB
⑈001563⑈ ⑆067014822⑆ 4374582455⑈

#1563 10/20 $31.14

Four Stacks Brewing Company 001564
DATE 10/9/2020
PAY TO THE ORDER OF Elizabeth Kaminski $ 416.85/100
Four Hundred Sixteen Dollars & 85/100 DOLLARS
FOR Payroll AB
⑈001564⑈ ⑆067014822⑆ 4374582455⑈

#1564 10/13 $416.85

Four Stacks Brewing Company 001565
DATE 10/9/2020
PAY TO THE ORDER OF Jade Weaver $ 270.89/100
Two Hundred Seventy Dollars & 89/100 DOLLARS
FOR Payroll AB
⑈001565⑈ ⑆067014822⑆ 4374582455⑈

#1565 10/13 $270.89

Four Stacks Brewing Company 001566
DATE 10/9/2020
PAY TO THE ORDER OF Martin Noll $ 678.05/100
Six Hundred Seventy Eight Dollars & 05/100 DOLLARS
FOR Payroll - AB
⑈001566⑈ ⑆067014822⑆ 4374582455⑈

#1566 10/13 $678.05

Four Stacks Brewing Company 001567
DATE 10/9/2020
PAY TO THE ORDER OF Megan Edwards $ 198.62/100
One Hundred Ninety Eight Dollars & 62/100 DOLLARS
FOR Payroll
⑈001567⑈ ⑆067014822⑆ 4374582455⑈

#1567 10/13 $198.62



STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 12 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

Four Stacks Brewing Company 001568
DATE 10/9/2020
PAY TO THE ORDER OF Michael Frey $ 1,466.88/100
One Thousand Four Hundred Sixty Six Dollars + 88/100 DOLLARS
FOR Payroll-AB
⑈001568⑈ ⑆067014822⑆ 4374582455⑈

#1568 10/13 $1,466.88

Four Stacks Brewing Company 001569
DATE 10/13/2020
PAY TO THE ORDER OF Southern Glazers $ 301.62/100
Three Hundred One Dollars + 62/100 DOLLARS
FOR 2399306-AB
⑈001569⑈ ⑆067014822⑆ 4374582455⑈

#1569 10/14 $301.62

Four Stacks Brewing Company 001571
DATE 10/13/2020
PAY TO THE ORDER OF Martin Nolz $ 141.12
One Hundred Forty One 12/100 DOLLARS
FOR Cash to Box AB
⑈001571⑈ ⑆067014822⑆ 4374582455⑈

#1571 10/19 $141.12

Four Stacks Brewing Company 001572
DATE 10/15/20
PAY TO THE ORDER OF Megan Edwards $ 300.00
Three Hundred DOLLARS
FOR CASH to BOX
⑈001572⑈ ⑆067014822⑆ 4374582455⑈

#1572 10/16 $300.00

Four Stacks Brewing Company 001573
DATE 10/16/2020
PAY TO THE ORDER OF Michael Frey $ 17.56/100
Seventeen Dollars + 56/100 DOLLARS
FOR Invoices AB
⑈001573⑈ ⑆067014822⑆ 4374582455⑈

#1573 10/19 $17.56

Four Stacks Brewing Company 001574
DATE 10/21/2020
PAY TO THE ORDER OF Pepin $ 96.45/100
Ninety Six Dollars & 45/100 DOLLARS
FOR 3076688-AB
⑈001574⑈ ⑆067014822⑆ 4374582455⑈

#1574 10/21 $96.45

Four Stacks Brewing Company 001575
DATE 10/22/2020
PAY TO THE ORDER OF Esque Dollar $ 150.00
One Hundred Fifty 00/100 DOLLARS
FOR D.T. Trivia AB.
⑈001575⑈ ⑆067014822⑆ 4374582455⑈

#1575 10/23 $150.00

Four Stacks Brewing Company 001576
DATE 10/23/2020
PAY TO THE ORDER OF Michael Frey $ 1,466.89/100
One Thousand Four Hundred Sixty Six Dollars + 89/100 DOLLARS
FOR Payroll-AB
⑈001576⑈ ⑆067014822⑆ 4374582455⑈

#1576 10/26 $1,466.89

Four Stacks Brewing Company 001577
DATE 10/23/2020
PAY TO THE ORDER OF Michael Frey $ 122.72/100
One Hundred Twenty Two Dollars + 72/100 DOLLARS
FOR Invoices-AB
⑈001577⑈ ⑆067014822⑆ 4374582455⑈

#1577 10/26 $122.72

Four Stacks Brewing Company 001579
DATE 10/25/2020
PAY TO THE ORDER OF Michael Frey $ 150.62/100
One Hundred Fifty Dollars + 62/100 DOLLARS
FOR Tip-out-AB
⑈001579⑈ ⑆067014822⑆ 4374582455⑈

#1579 10/26 $150.62



STATEMENT OF ACCOUNT

MONUMENT BREWING LLC
DIP CASE 19-10832 MFLT

| | |
|---|---|
| Page: | 13 of 13 |
| Statement Period: | Oct 01 2020-Oct 31 2020 |
| Cust Ref #: | 4374582455-039-E-*** |
| Primary Account #: | 437-4582455 |

#1580 10/28 $253.62

#1627 10/14 $8,562.95

#1627 10/16 $8,562.95

#1628 10/14 $1,000.00

#1629 10/26 $74.29

#1630 10/26 $434.41

#1631 10/26 $247.60

#1632 10/27 $539.07