

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/07/2020 01:30 PM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-10832-CED** | **11** | **11/14/2019** |

**Chapter 11**

**DEBTOR:** Monument Brewing LLC

**DEBTOR ATTY:** Samantha Dammer

**TRUSTEE:** NA

**HEARING:**

*Continued Confirmation Hearing
 - Affidavit in Support of Plan Confirmation Filed by Samantha L Dammer on behalf of Debtor Monument Brewing LLC. (Dammer, Samantha) Doc #144

**APPEARANCES:**: Samantha Dammer, Nicole Peair

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*Continued Confirmation Hearing -   Final Order Approving Disclosure Statement and Confirming Case, post confirmation status conference set for 1/25/2021 at 1:30 pm O/Dammer

- Affidavit in Support of Plan Confirmation Filed by Samantha L Dammer on behalf of Debtor Monument Brewing LLC. (Dammer, Samantha) Doc #144
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.