

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/25/2021 01:30 PM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-10832-CED** | **11** | **11/14/2019** |

**Chapter 11**

**DEBTOR:**  Monument Brewing LLC

**DEBTOR ATTY:**  **Samantha Dammer**

**TRUSTEE:**  NA

**HEARING:**

*Post Confirmation Status Conference

**APPEARANCES::** Samantha Dammer, Nicole Peair, Allison Simpson

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*Post Confirmation Status Conference -    Continued to 3/8/2021 at 2:00 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.