**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

**MONUMENT BREWING, LLC**        Case No: 19-bk-10832-CED
                                 Chapter 11
**Debtor**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Order Granting Application For Compensation (Related Doc # [163] served on January 27, 2021 by electronic notice to those parties receiving CM/ECF service and

**VIA ELECTRONIC TRANSMISSION TO:**

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

DATED: January 27, 2021

> By: */S/ Samantha L. Dammer*
> SAMANTHA L. DAMMER, ESQUIRE
> Florida Bar No.: 0036953
> Samantha L. Dammer, P.A.
> 620 East Twiggs Street, Suite 110
> Tampa, FL 33602
> Ph: (813) 288-0303
> Attorney for Debtor
> sdammer@attysam.com