Filed Via Mail
FEB 03 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
2 Pages Scanned by RS

**LOCATION OF U.S. BANKRUPTCY COURT:**

___ SOUTHERN DISTRICT OF FLORIDA

_X_ MIDDLE DISTRICT OF FLORIDA

**CASE NUMBER:**

8:19-bk-10832-CED

**CHAPTER:**

___ 7

___ 13

_X_ 11

**NAME OF CREDITOR:**

PAWNEE LEASING CORPORATION

**WAS A PROOF OF CLAIM FILED?**

_X_ YES, PROOF OF CLAIM NO. 16-1

___ NO

**NEW ADDRESS FOR MAILING AND PAYMENTS TO CREDITOR:**

SOLOVE LAW FIRM, P.A.
PO BOX 560608
MIAMI, FLORIDA 33256



**SOLOVE**
Law Firm, P.A. | Est. 1985

SOLOVE LAW FIRM, P.A.
PO BOX 560608
MIAMI, FL 33256

TELEPHONE
(305) 612-0800

ROBERT A. SOLOVE
robert@solovelawfirm.com

TRACYE K. SOLOVE*
tracye@solovelawfirm.com

*Florida Supreme Court Certified Circuit Civil Mediator

January 28, 2021

UNITED STATES BANKRUPTCY COURT
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

RE: NOTICE OF ADDRESS CHANGE FOR MAILING AND PAYMENTS TO CREDITOR

Dear Sir or Madam Clerk:

Enclosed please find an original and a copy of our notice of change of address for each bankruptcy court case in which our firm represents the Creditor, as follows:

1. **Case No.** 19-08345
   **Debtor:** MS Supply & Home Health Co.
   **Creditor:** Pawnee Leasing Corporation

2. **Case No.:** 19-10832
   **Debtor:** Monument Brewing LLC
   **Creditor:** Pawnee Leasing Corporation

3. **Case No.:** 20-01173
   **Debtor:** Cristina Pergerson
   **Creditor:** Pawnee Leasing Corporation

Please file said notice for each case and kindly return a clock-stamped copy for our records in the self-addressed stamped envelope provided.

Thank you for your assistance in this matter.

Respectfully,

BARBIE LLANOS,
ASSISTANT FOR THE FIRM

RAS:bl
Enclosures