

Case 8:19-bk-10832-CED   Doc 172   Filed 03/08/21   Page 1 of 1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/08/2021 02:00 PM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-10832-CED** | **11** | **11/14/2019** |

**Chapter 11**

**DEBTOR:**     Monument Brewing LLC

**DEBTOR ATTY:**   **Samantha Dammer**

**TRUSTEE:**     NA

**HEARING:**

Continued Post Confirmation Status Conference

**APPEARANCES:**: Samantha Dammer, Nicole Peair, Allison Simpson

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Post Confirmation Status Conference-   Continued to 3/29/2021 at 1:30 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 8:19-bk-10832-CED          Chapter 11